SEEGER WEISS LLP
CHRISTOPHER A. SEEGER
55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  973/639-9100
973/679-8656 (fax)
cseeger@seegerweiss.com

Counsel for Plaintiff Cleveland Bakers and Teamsters Pension Fund

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE KORNIT DIGITAL LTD. SEC. LITIG. | ) No. 2:23-cv-00888-MCA-AME |
| | ) |
| | ) <u>CLASS ACTION</u> |
| This Document Relates To: | ) |
| | ) NOTICE OF VOLUNTARY |
| *Cleveland Bakers and Teamsters Pension Fund v. Kornit Digital Ltd.,* No. 2:23-cv-00971 | ) DISMISSAL OF PLAINTIFF |
| | ) PURSUANT TO FED. R. CIV. P. |
| | ) 41(a)(1)(A)(i) |
| | ) |

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Cleveland Bakers and Teamsters Pension Fund hereby voluntarily dismisses its claims without prejudice to its ability to participate in this action as an absent class member. The class's interests will continue to be represented by Court-appointed Lead Plaintiff.

DATED: December 6, 2023                SEEGER WEISS LLP


*s/ Christopher A. Seeger*
CHRISTOPHER A. SEEGER

55 Challenger Road, 6th Floor
Ridgefield Park, NJ  07660
Telephone:  973/639-9100
973/679-8656 (fax)
cseeger@seegerweiss.com

Counsel for Plaintiff Cleveland Bakers and
Teamsters Pension Fund

- 1 -