**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re Kornit Digital Ltd. Securities Litigation | Case No. 2:23-cv-00888-MCA-AME<br><br>Hon. Madeline Cox Arleo<br><br>CLASS ACTION |

**DECLARATION OF JAMES A. HARROD IN SUPPORT**
**OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'**
**MOTIONS TO DISMISS**

JAMES A. HARROD hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1.     I am an attorney licensed to practice in New York and am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP, the Court-appointed Lead Counsel in this Action, and am admitted *pro hac vice* in this Action. I submit this declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motions to Dismiss.

2.     Attached hereto as Exhibit 1 is a chart summarizing the legal standards and arguments that apply to each statement or omission alleged to be false or misleading in the Complaint (ECF No. 23).

3.     Attached hereto as Exhibit 2 is a true and correct copy of excerpts of Kornit's Annual Report for the fiscal year ended December 31, 2021, filed on Form 20-F. Highlighting has been applied to the document by Lead Counsel.

1

4.	Attached hereto as Exhibit 3 is a true and correct copy of excerpts of Kornit's Annual Report for the fiscal year ended December 31, 2022, filed on Form 20-F. Highlighting has been applied to the document by Lead Counsel.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:	February 16, 2024	_____
	New York, New York	James A. Harrod

2