# Exhibit 1

**Exhibit 1**

*In re Kornit Digital Ltd. Securities Litigation*, Case No. 2:23-cv-00888-MCA-AME[1]

| | | | | Defendants' Arguments/Plaintiffs Responses[2] | | | | | |
| CC[3] | Addressed in Pls.' Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | PSLRA Safe Harbor[4] | | Nonactionable Opinion | | Corporate Puffery | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 118 | III.A.1.a.(1) III.A.1.c. III.A.1.d. III.A.1.e. | Ronen Samuel February 16, 2021 4Q20 and FY2020 Earnings Call | "*[E]very machine that we are selling, we are selling it with a contract. There's no other way to buy from us a machine and it's not for one year. It's for multiple year contracts and we see a very nice recurring revenue coming from the service business.*" | ✓ | SPF | ✓ | X | ✓ | X |
| 118 | III.A.1.a.(1) III.A.1.c. | Alon Rozner February 16, 2021 4Q20 and FY2020 Earnings Call | "*We continue to improve our service contract attach rate, which is growing our recurring revenue stream,*" | ✓ | SPF, OPF | | | | |
| 118 | III.A.1.a.(1), (3) III.A.1.d. III.A.1.e. | Ronen Samuel February 16, 2021 4Q20 and FY2020 Earnings Call | [Kornit experienced] "phenomenal execution" in 2020, "demonstrating *the accelerating demand* for our products." | | | ✓ | X | ✓ | X |

---

[1] As explained in Plaintiffs' accompanying Memorandum of Law in Opposition to Defendants' Motion to Dismiss ("Opposition" or "Opp.") at Point III.A.2, all challenged statements were made with the requisite scienter.

The contents of the "Alleged False & Misleading Statements" column are drawn from the Consolidated Complaint for Violations of the Federal Securities Laws, ECF No. 23. Quoted language within the column is drawn from the disclosure described in the "Speaker, Date & Occasion" column.

[2] Defendants further argue that all of the alleged false and misleading statements identified in the Complaint fail to adequately plead falsity. Plaintiffs respond to those arguments in full in the Opposition.

[3] "CC" refers to the respective numbered paragraphs of the Complaint.

[4] "SPF" refers to "statement of present fact" and "OPF" refers to "omission of present fact." None of the statements Defendants contend were forward-looking were accompanied by meaningful, extensive, and specific cautionary language. *See* Opp. at Point III.A.1.c.

1

| CC[3] | Addressed in Pls.' Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | Defendants' Arguments/Plaintiffs Responses[2] | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PSLRA Safe Harbor[4] | | Nonactionable Opinion | | Corporate Puffery | |
| 118 | III.A.1.a.(1) III.A.1.d. III.A.1.e. | Ronen Samuel February 16, 2021 4Q20 and FY2020 Earnings Call | [Kornit's] *"[s]ervices [business] continue[d] to outperform our expectation on growth and profitability,"* . . . the result of *"the execution of our customer success teams."* | | | ✓ | X | ✓ | X |
| 119 | III.A.1.a.(5) III.A.1.c. III.A.1.d. III.A.1.e. | Ronen Samuel February 16, 2021 4Q20 and FY2020 Earnings Call | KornitX, was . . . *"experiencing huge interest from brands and fulfillers"* looking to adopt on-demand business models at a global scale, as well as automate and optimize the production flows." Defendant Samuel stated that this provided the Company with *"a huge opportunity for Kornit to build an incremental recurring business model,* and we have an exciting roadmap of new software application and value-added services." | ✓ | SPF, OPF | ✓ | X | ✓ | X |
| 120 | III.A.1.a.(1), (5) III.A.1.c. III.A.1.d. III.A.1.e. | Alon Rozner February 16, 2021 4Q20 and FY2020 Earnings Call | *"[W]e are more confident than ever in our ability to achieve our $500 million run rate goal ahead of plan* while expanding gross margin and profitability." | ✓ | OPF | ✓ | X | ✓ | X |

2

| CC[3] | Addressed in Pls.' Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | Defendants' Arguments/Plaintiffs Responses[2] | | | | | |
| | | | | PSLRA Safe Harbor[4] | | Nonactionable Opinion | | Corporate Puffery | |
|---|---|---|---|---|---|---|---|---|---|
| 124, 288 | III.A.1.a.(1) III.A.1.e. | Kornit March 25, 2021 FY20 Annual Report, Form 20-F | Kornit's "*systems, ink and other consumables, and associated software may contain undetected errors or defects when first introduced or as new versions are released,*" and that those "*problems may cause us to incur significant warranty and repair costs,* divert the attention of our engineers from our product development and customer service efforts *and harm our reputation.*" | | | ✓ | X | | |
| 126, 290 | III.A.1.a.(1) III.A.1.d. III.A.1.e. | Kornit March 25, 2021 FY20 Annual Report, Form 20-F | Atlas boasted "retail-grade print quality, *high productivity and attractive total cost of ownership.*" | | | ✓ | X | ✓ | X |
| 126, 290 | III.A.1.a.(1) III.A.1.d. III.A.1.e. | Kornit March 25, 2021 FY20 Annual Report, Form 20-F | Vulcan system benefited from [] "the *best total cost of ownership* for large production facilities with high volumes of mass customization print jobs." | | | ✓ | X | ✓ | X |
| 126, 290 | III.A.1.a.(1) III.A.1.d. III.A.1.e. | Kornit March 25, 2021 FY20 Annual Report, Form 20-F | [T]he unique "*differentiation across our new line of HD systems is mainly based on system productivity and total cost of ownership.*" | | | ✓ | X | ✓ | X |
| 128, 293 | III.A.1.a.(1) III.A.1.c. III.A.1.d. III.A.1.e. | Kornit March 25, 2021 FY20 Annual Report, Form 20-F | "Strategic accounts are an important and valued part of our business and future growth, and *we continue to make the appropriate investments in ensuring we serve their needs as it comes to sales,* | ✓ | SPF, OPF | ✓ | X | ✓ | X |

| CC[3] | Addressed in Pls.' Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | Defendants' Arguments/Plaintiffs Responses[2] | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PSLRA Safe Harbor[4] | | Nonactionable Opinion | | Corporate Puffery | |
| | | | *application consulting and services support.* We expect to continue developing our strategic accounts practice in a combination of dedicated regional and corporate resources as we strive to help these important customers improve their business performances by delivering *best-in-class customer experience.*" | | | | | | |
| 130, 295 | III.A.1.a.(5) III.A.1.d. III.A.1.e. | Kornit March 25, 2021 FY20 Annual Report, Form 20-F | KornitX, "Kornit's cloud workflow software solution, based on the acquisition of Custom Gateway, *is a robust platform with a wide range of services to digitally transform our customers' operations* . . . ." | | | ✓ | X | ✓ | X |
| 132 | III.A.1.a.(5) III.A.1.c. III.A.1.d. III.A.1.e. | Alon Rozner May 18, 2021 Investor Meeting | "*[W]e already see the huge value [KornitX] brings to our customers and the potential for us*" | ✓ | SPF, OPF | ✓ | X | ✓ | X |
| 132 | III.A.1.a.(5) III.A.1.c. III.A.1.d. | Alon Rozner May 18, 2021 Investor Meeting | Kornit "expect[ed] KornitX to generate approximately *$100 million of revenues in 2026* at a very high profitability . . . ." | ✓ | OPF | ✓ | X | | |
| 133 | III.A.1.a.(1), (5) III.A.1.c. III.A.1.e. | Ronen Samuel May 18, 2021 Investor Meeting | Based on . . . strong "visibility," recurring service revenues, and new product introductions, which would "generate much higher revenues in five years" . . . "our new management goal to be a *$1 billion revenue business in 2026.*" | ✓ | OPF | ✓ | X | | |

4

| CC[3] | Addressed in Pls.' Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | Defendants' Arguments/Plaintiffs Responses[2] | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PSLRA Safe Harbor[4] | | Nonactionable Opinion | | Corporate Puffery | |
| 136 | III.A.1.a.(1), (6) III.A.1.d. III.A.1.e. | Ronen Samuel May 19, 2021 Barclays Conference | "[I]f we're talking about the [DTG market] and we're talking about the industrial space, the space that we are focusing on, *we don't see today any [competitor] that we can say that it's any threat on us*" | | | ✓ | X | ✓ | X |
| 136 | III.A.1.a.(1), (6) III.A.1.d. III.A.1.e. | Ronen Samuel May 19, 2021 Barclays Conference | "[T]his is . . . mainly due to the *moat that we manage[d] to build around our technology.*" | | | ✓ | X | ✓ | X |
| 136 | III.A.1.a.(1), (6) III.A.1.d. III.A.1.e. | Kornit May 19, 2021 Barclays Conference | "[Kornit had] *brought it to the level of quality that's much better than any conventional technology.*" | | | ✓ | X | ✓ | X |
| 137 | III.A.1.a.(1), (6) III.A.1.c. III.A.1.d. III.A.1.e. | Ronen Samuel May 19, 2021 Barclays Conference | "*We are well integrated into their system. So, it will be very difficult to bring new technology in.*" | ✓ | SPF, OPF | ✓ | X | ✓ | X |
| 137 | III.A.1.a.(1), (6) III.A.1.d. III.A.1.e. | Ronen Samuel May 19, 2021 Barclays Conference | [Kornit] was "looking very carefully" at what the "competition is doing," and that "*we don't see today any competitive that we can say that it's any threat on us.*" | | | ✓ | X | ✓ | X |

| CC[3] | Addressed in Pls.' Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | Defendants' Arguments/Plaintiffs Responses[2] | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PSLRA Safe Harbor[4] | | Nonactionable Opinion | | Corporate Puffery | |
| 138 | III.A.1.a.(1), (6) III.A.1.d. III.A.1.e. | Ronen Samuel May 19, 2021 Barclays Conference | "*[w]e really have unique technologies that no one has*" and that this "*provides . . . a huge differentiator.*" | | | ✓ | X | ✓ | X |
| 139 | III.A.1.a.(1), (5) III.A.1.c. III.A.1.e. | Ronen Samuel May 19, 2021 Barclays Conference | "Now yesterday, it was nice to hear one of our analysts that thought that maybe *we are conservative about our goal with – he knows us really very well . . . we can even bring even more than that earlier than what we were forecasting.*" | ✓ | OPF | ✓ | X | | |
| 139 | III.A.1.a.(1), (5) III.A.1.c. III.A.1.e. | Ronen Samuel May 19, 2021 Barclays Conference | [T]he $500 million run rate would be hit "*earlier than expected.*" "*And we put a target to become $1 billion company, revenue, in 2026.*" | ✓ | OPF | ✓ | X | | |
| 142 | III.A.1.a.(6) III.A.1.c. III.A.1.d. III.A.1.e. | Ronen Samuel June 1, 2021 William Blair Conference | "*[T]his is not something that we are worried about*" and that "*we know what is coming in the future is that bringing the next level of technology.*" | ✓ | SPF, OPF | ✓ | X | ✓ | X |
| 142 | III.A.1.a.(1), (6) III.A.1.d. III.A.1.e. | Ronen Samuel June 1, 2021 William Blair Conference | "*The level of the quality [of printers] is not the same.*" | | | ✓ | X | ✓ | X |

| CC[3] | Addressed in Pls.' Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | Defendants' Arguments/Plaintiffs Responses[2] | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PSLRA Safe Harbor[4] | | Nonactionable Opinion | | Corporate Puffery | |
| 142 | III.A.1.a.(1) III.A.1.d. III.A.1.e. | Ronen Samuel June 1, 2021 William Blair Conference | "[I]t's not only the technology" that differentiates the Company from its competitors, but also Kornit's ability "*to service and support our customers*, having an install base of more than 1,200 customers within them." | | | ✓ | X | ✓ | X |
| 143 | III.A.1.a.(1), (6) III.A.1.c. III.A.1.d. III.A.1.e. | Ronen Samuel June 1, 2021 William Blair Conference | "The biggest customers of the world, if it's [ ] Amazon or [ ] Adidas, that already tested . . . our technology, approved it and [are] going with us" and so "*[i]t will be very difficult to enter there.*" | ✓ | OPF | ✓ | X | ✓ | X |
| 143 | III.A.1.a.(1), (5)-(6) III.A.1.d. III.A.1.e. | Ronen Samuel June 1, 2021 William Blair Conference | KornitX[] would allow Kornit to realize "*very strong stickiness*" with customer retention, stating that "*[o]nce customer[s] [for which] we are managing their production flow and brands are using this workflow to connect to our customers, this is the strongest stickiness that you have . . . to the company and our technology.*" | | | ✓ | X | ✓ | X |
| 143 | III.A.1.a.(1), (6) III.A.1.d. III.A.1.e. | Ronen Samuel June 1, 2021 William Blair Conference | "*Actually, the opposite. What we see in the market today that's we are opening much bigger moat versus our competitors.*" | | | ✓ | X | ✓ | X |
| 146 | III.A.1.a.(1), (6) III.A.1.c. III.A.1.d. III.A.1.e. | Ronen Samuel June 10, 2021 Citi Silicon Valley Tech Virtual Tech Bus Tour | "*And we see huge growth [ ] from net new and from our top 10 customer[s].* Our top ten customer[s] today represent about 60% of our business. The nice thing is that they continue to grow, continue to grow very fast with a very | ✓ | SPF OPF | ✓ | X | ✓ | X |

| CC[3] | Addressed in Pls.' Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | Defendants' Arguments/Plaintiffs Responses[2] | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PSLRA Safe Harbor[4] | | Nonactionable Opinion | | Corporate Puffery | |
| | | | aggressive plan, while we are having many newcomers with potential to become really large customers for Kornit moving forward." | | | | | | |
| 147 | III.A.1.a.(1) III.A.1.c. III.A.1.d. | Ronen Samuel June 10, 2021 Citi Silicon Valley Tech Virtual Tech Bus Tour | "*Services used to be a lost P&L, now is profitable and is becoming more and more profitable.*" | ✓ | SPF, OPF | | | ✓ | X |
| 148 | III.A.1.a.(5) III.A.1.c. III.A.1.d. III.A.1.e. | Ronen Samuel June 10, 2021 Citi Silicon Valley Tech Virtual Tech Bus Tour | KornitX [was] "*a breakthrough . . . that [ ] will change the market*" and told investors that "*[w]e see great adoption on the KornitX*" by customers. | ✓ | SPF, OPF | ✓ | X | ✓ | X |
| 148 | III.A.1.a.(5) III.A.1.c. III.A.1.e. | Ronen Samuel June 10, 2021 Citi Silicon Valley Tech Virtual Tech Bus Tour | KornitX was already poised "to be [a] *$100 million software [as a service] business . . . by 2026.*" | ✓ | OPF | ✓ | X | | |
| 148 | III.A.1.a.(1), (5) III.A.1.c. III.A.1.e. | Alon Rozner June 10, 2021 Citi Silicon Valley Tech Virtual Tech Bus Tour | "Currently, we feel very confident in our ability to meet this target and actually, *we are confident that we'll be able to meet this target ahead of plan.* Again, it's the annual rate, $500 million, which means $125 million a quarter. And so this is kind of a mid-term target for us." | ✓ | OPF | ✓ | X | | |
| 149 | III.A.1.a.(1), (5) | Alon Rozner June 10, 2021 Citi Silicon Valley Tech Virtual Tech | "We believe that our long-term model is *really realistic.* There is some way to go there. But it seems realistic. And there is also *an upside opportunity from our*" | ✓ | SPF OPF | ✓ | X | ✓ | X |

8

| CC[3] | Addressed in Pls.' Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | Defendants' Arguments/Plaintiffs Responses[2] | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PSLRA Safe Harbor[4] | | Nonactionable Opinion | | Corporate Puffery | |
| | III.A.1.c. III.A.1.d. III.A.1.e. | Bus Tour | *point of view* . . . . So, all in all, . . . *we feel very comfortable with the target that we set of $1 billion.*" | | | | | | |
| 150 | III.A.1.a.(1), (5) III.A.1.e. | Alon Rozner June 10, 2021 Stifel Cross Sector Insight Conference | "We believe that our long-term model is *really realistic. . . . And there is also an upside opportunity from our point of view.*" | | | ✓ | X | | |
| 155 | III.A.1.a.(1) III.A.1.c. III.A.1.e. | Ronen Samuel July 13, 2021 CJS Securities Conference | "We move from a lost business on the service to *a profitable business to service* and we expect that service organization *will be even more profitable in the coming quarters.*" | ✓ | OPF | ✓ | X | | |
| 156 | III.A.1.a.(5) III.A.1.c. III.A.1.d. III.A.1.e. | Ronen Samuel July 13, 2021 CJS Securities Conference | "*[W]e see a great adoption.* Actually, *we see a very, very big adoption from – both from the fulfillers* that would like to connect to this network and get connected to brands and retails and marketplaces. And now, *we are really dealing and scaling up our operation team to support this growth* of their fulfiller. On the other hand, we are engaging many multiple project across the world with mega brands of taking part of their business and really transforming them to on-demand manufacturing. If it's on the local level, like in the UK *or specifically in the US* or in the global or a brand that would likely to spread all over the world to use this system. So, *great adoption,* we see a lot –" | ✓ | SPF, OPF | ✓ | X | ✓ | X |

| CC[3] | Addressed in Pls.' Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | Defendants' Arguments/Plaintiffs Responses[2] | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PSLRA Safe Harbor[4] | | Nonactionable Opinion | | Corporate Puffery | |
| | | | *very good growth on the impressions and in the transaction. . . .*" | | | | | | |
| 160 | III.A.1.a.(1) III.A.1.a.(5) III.A.1.c. III.A.1.d. III.A.1.e. | Ronen Samuel August 10, 2021 2Q21 Earnings Release SEC Form 6-K, Ex. 99.1 (Press Release) | "[W]e are more confident than ever in our outlook for the remainder of this year and into next year," . . . Kornit was "*well on [its] way to becoming* the operating system for on demand sustainable fashion and a *$1 billion revenue company in 2026.*" | ✓ | OPF | ✓ | X | ✓ | X |
| 161 | III.A.1.a.(1) III.A.1.d. III.A.1.e. | Ronen Samuel August 10, 2021 2Q21 Earnings Call | [There was] "*very strong growth not only in our systems* and consumables businesses *but also in our service organization.*" | | | ✓ | X | ✓ | X |
| 162 | III.A.1.a.(5) III.A.1.c. III.A.1.d. III.A.1.e. | Ronen Samuel August 10, 2021 2Q21 Earnings Call | "[O]ur pipeline has never been stronger," including with the KornitX business line where the Company "*continue[s] to see great momentum.*" | ✓ | SPF, OPF | ✓ | X | ✓ | X |
| 162 | III.A.1.a.(5) III.A.1.d. | Ronen Samuel August 10, 2021 2Q21 Earnings Call | "*[W]e have a big long list of orders for more than 80 projects right now to implement the KornitX* both with fulfillers that would like to join the network both with marketplaces, with brands" and "[t]here's huge interest also from the retail environment." | | | | | ✓ | X |
| 162 | III.A.1.a.(5) III.A.1.c. III.A.1.d. III.A.1.e. | Ronen Samuel August 10, 2021 2Q21 Earnings Call | "*[W]e are very, very pleased with the adoption of KornitX* and the vision that we are driving and the change we are driving in the marketplace." | ✓ | SPF, OPF | ✓ | X | ✓ | X |
| 166 | III.A.1.a.(1), (3), (5)-(6) | Ronen Samuel November 10, 2021 | "*We enter 2022 with very strong business fundamentals supported by* | ✓ | SPF, OPF | ✓ | X | ✓ | X |

| CC[3] | Addressed in Pls.' Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | Defendants' Arguments/Plaintiffs Responses[2] | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PSLRA Safe Harbor[4] | | Nonactionable Opinion | | Corporate Puffery | |
| | III.A.1.c. III.A.1.d. III.A.1.e. | 3Q21 Earnings Release SEC Form 6-K, Ex. 99.1 (Press Release) | broad-based demand for our industry leading solutions" and "[t]his growing demand and market acceptance puts us firmly on the path [to] becoming a $1 billion revenue company in 2026." | | | | | | |
| 166 | III.A.1.a.(1), (3), (5)-(6) III.A.1.c. III.A.1.d. III.A.1.e. | Alon Rozner November 10, 2021 3Q21 Earnings Release SEC Form 6-K, Ex. 99.1 (Press Release) | "[W]e are focused on ending the year strong and supporting our customers to ensure they are ready for their peak season" and that Kornit would "enter 2022 in a phenomenal position with outstanding business fundamentals, a robust backlog and strong pipeline." | ✓ | SPF, OPF | ✓ | X | ✓ | X |
| 167 | III.A.1.a.(1), (3), (6) III.A.1.c. III.A.1.d. III.A.1.e. | Alon Rozner November 10, 2021 3Q21 Earnings Call | [Kornit had] "great progress with new customers, while continuing our very strong momentum with large strategic customers, which we expect to continue for the balance of 2021 and throughout 2022." | ✓ | SPF, OPF | ✓ | X | ✓ | X |
| 167 | III.A.1.a.(2) III.A.1.c. | Ronen Samuel November 10, 2021 3Q21 Earnings Call | "Recently, Sticker Mule, a global leader of fully customized B2C products, integrated a fleet of our Atlas systems into their business and are utilizing the growing customer base to support a strong DTG revenue channel." | ✓ | SPF, OPF | | | | |
| 167 | III.A.1.a.(1), (3) III.A.1.c. III.A.1.e. | Ronen Samuel November 10, 2021 3Q21 Earnings Call | "Max upgrade for the Atlas installed base will be available in the first quarter of next year, and we expect significant revenue contribution from those upgrades next year." | ✓ | OPF | ✓ | X | | |

| CC[3] | Addressed in Pls.' Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | Defendants' Arguments/Plaintiffs Responses[2] | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PSLRA Safe Harbor[4] | | Nonactionable Opinion | | Corporate Puffery | |
| 168 | III.A.1.a.(5) III.A.1.c. III.A.1.d. III.A.1.e. | Ronen Samuel November 10, 2021 3Q21 Earnings Call | "*[W]e have great, great feedback from many, many brands, retailers, marketplaces*" and "[w]e *believe KornitX will be a major driver of growth and change for this industry*" and "*[w]e see [ ] very strong adoption.*" | ✓ | SPF, OPF | ✓ | X | ✓ | X |
| 168 | III.A.1.a.(1)-(2) III.A.1.c. III.A.1.d. III.A.1.e. | Alon Rozner November 10, 2021 3Q21 Earnings Call | "[The success and profitability of Kornit's service business] *will continue to be as such,*" [and] that "*[w]e are investing a lot in customer support*" and "building a very strong management team for KornitX." | ✓ | SPF, OPF | ✓ | X | ✓ | X |
| 169 | III.A.1.a.(1), (3), (6) III.A.1.c. III.A.1.e. | Ronen Samuel November 10, 2021 3Q21 Earnings Call | "We see massive order taking from new customer and existing customer for additional Atlas Max's. We already delivered some of them in Q3, we are delivering in Q4 *and a lot of them are, of course, in Q1 next year and beyond that . . . So we are not expecting everything in Q1 [2022]. We're expecting massive orders already in Q1 and some implementation in Q1, but most of the implementation will happen along the year.*" | ✓ | SPF, OPF | ✓ | X | | |

| CC[3] | Addressed in Pls.' Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | Defendants' Arguments/Plaintiffs Responses[2] | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PSLRA Safe Harbor[4] | | Nonactionable Opinion | | Corporate Puffery | |
| 175 | III.A.1.a.(1), (3), (5)-(6) III.A.1.c. III.A.1.e. | Ronen Samuel December 7, 2021 Barclays Conference | "*So, in terms of the $500 million, we already mentioned this, we'll bring it much earlier.* So, expect to get news when are we going to bring it, but *it will be much earlier than Q4 2023* in terms of the target of $125 million. *In terms of the $1 billion, we believe that we will be $1 billion in 2026, it's not the run rate, it's the full year $1 billion.* This $1 billion will be a bid out of $400 million of systems, $400 million of ink, $100 million of services, *and $100 million of KornitX.*" | ✓ | OPF | ✓ | X | | |
| 176 | III.A.1.a.(1), (6) III.A.1.d. III.A.1.e. | Ronen Samuel December 7, 2021 Barclays Conference | "*Yeah, we are not worried about competition.* We are a market leader. *We are, by far, the best technology. We are, by far, faster and innovative versus any other companies out there.*" | | | ✓ | X | ✓ | X |
| 180 | III.A.1.a.(1)-(5)-(6) III.A.1.d. III.A.1.e. | Ronen Samuel January 10, 2022 Needham Conference | [T]he Company was "*entering very, very strong into 2022*" and had "*massive momentum coming from both existing customers and many new customers* both in the [direct-to-garment] and in the [direct-to-fabric markets]." | | | ✓ | X | ✓ | X |
| 180 | III.A.1.a.(5) III.A.1.c. III.A.1.d. III.A.1.e. | Ronen Samuel January 10, 2022 Needham Conference | KornitX service as "*the secret sauce of Kornit*" that would "*drive Kornit to a multi-billion-dollar revenue company in the next coming years, so beyond 2026.*" | ✓ | SPF, OPF | ✓ | X | ✓ | X |

| CC[3] | Addressed in Pls.' Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | Defendants' Arguments/Plaintiffs Responses[2] | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PSLRA Safe Harbor[4] | | Nonactionable Opinion | | Corporate Puffery | |
| 180 | III.A.1.a.(5) III.A.1.d. III.A.1.e. | Ronen Samuel January 10, 2022 Needham Conference | "*KornitX is already generating multi-million-dollar revenue on transaction[s] to Kornit, and the aim is to scale it very quickly.*" | | | ✓ | X | ✓ | X |
| 182 | III.A.1.a.(1)-(2), (6) III.A.1.c. III.A.1.d. III.A.1.e. | Ronen Samuel January 10, 2022 Needham Conference | "So, while we're having many, many new customers joining us on a quarterly basis, *our top customers, our top 10 customer* representing something like 65% of our revenue and *are growing very, very fast.* So, when we're looking into the $1 billion revenue in 2026, we still see 65% of the revenue will come with the top 10 customer. *There will be different top 10 customers,* so Amazon will stay probably in number one also in 2026, but number two, three, and four will change because we see some *new marketplaces entering, some new major brands entering, some new big, big player* and they are going to take the number two and three in the top 10." | ✓ | SPF, OPF | ✓ | X | ✓ | X |
| 186 | III.A.1.a.(6) III.A.1.d. III.A.1.e. | Ronen Samuel January 12, 2022 CJS Securities Conference | "[S]ome of . . . the biggest companies of the world. Amazon is our biggest customer using many, many, many systems of Kornit all around the world, but many other customers like [A]didas and *Fanatics* and then Stakes and DSG . . . and many, many other[s], both from leading brands and fulfillers | | | ✓ | X | ✓ | X |

| CC[3] | Addressed in Pls.' Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | Defendants' Arguments/Plaintiffs Responses[2] | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PSLRA Safe Harbor[4] | | Nonactionable Opinion | | Corporate Puffery | |
| | | | and marketplaces that are using our technology." | | | | | | |
| 187 | III.A.1.a.(5) III.A.1.d. III.A.1.e. | Ronen Samuel January 12, 2022 CJS Securities Conference | "*KornitX is a platform that enable* connectivity *between any marketplace, any brands, any e-commerce to a network of fulfillers using our technology and is really driving major growth . . . .*" | | | ✓ | X | ✓ | X |
| 190 | III.A.1.a.(1)-(6) III.A.1.d. III.A.1.e. | Ronen Samuel February 15, 2022 4Q21 and FY2021 Earnings Release SEC Form 6-K, Ex. 99.1 (Press Release) | [T]he Company's "*outstanding execution on the huge market opportunity we are pursuing* and the strength of our unique business model." | | | ✓ | X | ✓ | X |
| 190 | III.A.1.a.(1)-(6) III.A.1.c. III.A.1.d. III.A.1.e. | Ronen Samuel February 15, 2022 4Q21 and FY2021 Earnings Release SEC Form 6-K, Ex. 99.1 (Press Release) | 2022 would be "*a year with strong growth* and a remarkable pipeline of ground-breaking new product introductions, starting already in the first quarter." | ✓ | OPF | ✓ | X | ✓ | X |
| 190 | III.A.1.a.(1)-(6) III.A.1.c. III.A.1.d. III.A.1.e. | Ronen Samuel February 15, 2022 4Q21 and FY2021 Earnings Release SEC Form 6-K, Ex. 99.1 (Press Release) | Kornit has "*never been in a better position as a company and we are extremely confident in our ability to meet our $1B revenue goal by 2026, if not before.*" | ✓ | SPF, OPF | ✓ | X | ✓ | X |

| CC[3] | Addressed in Pls.' Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | Defendants' Arguments/Plaintiffs Responses[2] | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PSLRA Safe Harbor[4] | | Nonactionable Opinion | | Corporate Puffery | |
| 190 | III.A.1.a.(3)-(4) III.A.1.c. III.A.1.d. III.A.1.e. | Alon Rozner February 15, 2022 4Q21 and FY2021 Earnings Release SEC Form 6-K, Ex. 99.1 (Press Release) | *"[O]ur good visibility into the business, combined with our experienced team, gives us the confidence that we can deliver on our commitments for the balance of 2022 and into 2023."* | ✓ | OPF | ✓ | X | ✓ | X |
| 191 | III.A.1.a.(3)-(4) III.A.1.c. III.A.1.d. III.A.1.e. | Ronen Samuel February 15, 2022 4Q21 and FY2021 Earnings Call | Kornit *"started 2022 with outstanding momentum"* and "[t]he *mega-trends that have been fueling our business are intensifying in magnitude and transformation to digital on-demand sustainable production continue[s] to accelerate."* | ✓ | SPF, OPF | ✓ | X | ✓ | X |
| 191 | III.A.1.a.(6) III.A.1.d. III.A.1.e. | Ronen Samuel February 15, 2022 4Q21 and FY2021 Earnings Call | *"Kornit is the only company* that offer[s] high-quality, on-demand mass production digital solutions that can deliver to this massive need and is also the only company that seamlessly connects the virtual and physical walls of the textile industry." | | | ✓ | X | ✓ | X |
| 191 | III.A.1.a.(3)-(4) III.A.1.c. III.A.1.d. III.A.1.e. | Ronen Samuel February 15, 2022 4Q21 and FY2021 Earnings Call | Kornit was "gear[ing] up for *very strong growth* and a remarkable amount of groundbreaking new product introductions starting already in the first quarter" with a "backlog of orders" for its technology that was "*very strong*" and was providing a "*tremendous tailwind into 2022.*" | ✓ | SPF, OPF | ✓ | X | ✓ | X |

16

| CC[3] | Addressed in Pls.' Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | Defendants' Arguments/Plaintiffs Responses[2] | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PSLRA Safe Harbor[4] | | Nonactionable Opinion | | Corporate Puffery | |
| 191 | III.A.1.a.(1), (5)-(6) III.A.1.c. III.A.1.d. III.A.1.e. | Ronen Samuel February 15, 2022 4Q21 and FY2021 Earnings Call | *"[W]e will start to see a meaningful revenue coming from KornitX [in the second half of 2022],* and we expect KornitX really to accelerate growth in 2023." Based on the purported strength of KornitX and the Company's "*very, very, strong new moat*" around its Max line of products, Defendant Samuel also reiterated that he was "*more confident than ever in our technology and ability to reach the $1 billion in 2026.*" | ✓ | SPF, OPF | ✓ | X | ✓ | X |
| 192 | III.A.1.a.(1), (3)-(4), (6) III.A.1.c. III.A.1.d. III.A.1.e. | Ronen Samuel February 15, 2022 4Q21 and FY2021 Earnings Call | *"[O]ur fundamentals are excellent, the market opportunity we are after is endless and our competitive position is unmatched,"* and that "Kornit has *never been in a stronger position.*" | ✓ | SPF, OPF | ✓ | X | ✓ | X |
| 192 | III.A.1.a.(2)-(4), (6) III.A.1.d. III.A.1.e. | Alon Rozner February 15, 2022 4Q21 and FY2021 Earnings Call | [T]he Company[] [had] "great traction with new accounts, which accounted for half of the systems' order[s] and excellent progress and strength with existing strategic accounts." | | | ✓ | X | ✓ | X |
| 193 | III.A.1.a.(1), (3)-(4) III.A.1.c. III.A.1.d. III.A.1.e. | Alon Rozner February 15, 2022 4Q21 and FY2021 Earnings Call | "We expect *a strong start to the year with first quarter revenues to be in the range of $87 million to $91 million,* representing approximately 35% year-over-year growth at the midpoint." | ✓ | OPF | ✓ | X | | |
| 198 | III.A.1.a.(1), (6) III.A.1.c. III.A.1.d. | Kornit March 25, 2022 FY21 | Kornit's 20-F included a risk factor . . . stat[ing] that "*the loss of either Amazon or another one of our significant customers, or variability in their order* | ✓ | OPF | ✓ | X | | |

| | | | | Defendants' Arguments/Plaintiffs Responses[2] | | | | | |
| CC[3] | Addressed in Pls.' Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | PSLRA Safe Harbor[4] | | Nonactionable Opinion | | Corporate Puffery | |
|---|---|---|---|---|---|---|---|---|---|
| | III.A.1.e. | Annual Report, Form 20-F | *flows, could materially adversely affect our revenues or results of operations.*" | | | | | | |
| 199 | III.A.1.a.(1)-(2), (5)-(6) III.A.1.e. | Kornit March 25, 2022 FY21 Annual Report, Form 20-F | Kornit's "*systems, ink and other consumables, and associated software may contain undetected errors or defects when first introduced or as new versions are released,*" and that those "*problems may cause us to incur significant warranty and repair costs, divert the attention of our engineers from our product development and customer service efforts and harm our reputation.*" | | | ✓ | X | | |
| 202 | III.A.1.a.(1)-(2) III.A.1.d. III.A.1.e. | Kornit March 25, 2022 FY21 Annual Report, Form 20-F | Atlas [had] "*retail-grade print quality, high productivity and attractive total cost of ownership.*" | | | ✓ | X | ✓ | X |
| 202 | III.A.1.a.(1)-(2) III.A.1.d. III.A.1.e. | Kornit March 25, 2022 FY21 Annual Report, Form 20-F | Vulcan system benefited from the "*the best total cost of ownership* for large production facilities with high volumes of mass customization print jobs." | | | ✓ | X | ✓ | X |
| 202 | III.A.1.a.(1)-(2) III.A.1.d. III.A.1.e. | Kornit March 25, 2022 FY21 Annual Report, Form 20-F | [T]he unique "*differentiation across our new line of HD systems is mainly based on system productivity and total cost of ownership.*" | | | ✓ | X | ✓ | X |

18

| CC[3] | Addressed in Pls.' Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | Defendants' Arguments/Plaintiffs Responses[2] | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PSLRA Safe Harbor[4] | | Nonactionable Opinion | | Corporate Puffery | |
| 206 | III.A.1.a.(1), (3)-(4), (6) III.A.1.d. III.A.1.e. | Ronen Samuel May 11, 2022 1Q22 Earnings Call | Kornit "*delivered a good start to the year, with revenues coming just about the high end of our guidance and operating margins in line with our expectations.* For the first quarter, *total revenues grew by 26% year-over-year to $83.3 million,* net of $8 million in warrants related to our global strategic account." | | | ✓ | X | ✓ | X |
| 206 | III.A.1.a.(1), (3)-(4) III.A.1.d. III.A.1.e. | Ronen Samuel May 11, 2022 1Q22 Earnings Call | *"System revenue growth was very strong* and overall system contribution to the revenue mix was very high." | | | ✓ | X | ✓ | X |
| 206 | III.A.1.a.(3)-(4) III.A.1.e. | Ronen Samuel May 11, 2022 1Q22 Earnings Call | "[O]ur customers and us are not fully immune to the overall macro headwinds and certain post-pandemic dynamics. We started this year with a strong backlog and robust pipeline. But as we move deeper into the first quarter, we *begin to see the macroeconomic volatility* weighed on the pace of consumer purchases and on capital allocation decision of certain customers." | | | ✓ | X | | |
| 206 | III.A.1.a.(1), (3)-(6) III.A.1.c. III.A.1.e. | Ronen Samuel May 11, 2022 1Q22 Earnings Call | "*[W]e continue to expect to deliver ahead of plan the $125 million run rate business* we originally targeted for the fourth quarter of 2023 and *remain confident in our journey to become a $1 billion business in 2026.*" | ✓ | OPF | ✓ | X | | |

19

| CC[3] | Addressed in Pls.' Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | Defendants' Arguments/Plaintiffs Responses[2] | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | PSLRA Safe Harbor[4] | | Nonactionable Opinion | | Corporate Puffery | |
| 207 | III.A.1.a.(3)-(4) III.A.1.e. | Alon Rozner May 11, 2022 1Q22 Earnings Call | Kornit "*came off a strong peak season in the fourth quarter and ramped order during the second half of the first quarter.* The *timing of sales* later in the first quarter to our largest strategic account *grew receivables materially quarter-over-quarter.*" | | | ✓ | X | | |
| 207 | III.A.1.a.(4) III.A.1.c. III.A.1.e. | Alon Rozner May 11, 2022 1Q22 Earnings Call | "[G]iven the macroeconomic impact on consumables and capital allocation decisions of certain customers and overall near-term volatility, *we currently expect second quarter revenues to be between $85 million to $95 million.*" | ✓ | OPF | ✓ | X | | |
| 207 | III.A.1.a.(1), (3)-(6) III.A.1.c. III.A.1.d. III.A.1.e. | Ronen Samuel May 11, 2022 1Q22 Earnings Call | "[W]e see Q2 kind of *a bump on the road.* We believe in the $500 million run rate *earlier than expected* than Q4 2023. We believe in the long-term vision of the *$1 billion in 2026 or before. All the fundamentals of the business are growing and accelerating.*" | ✓ | SPF, OPF | ✓ | X | ✓ | X |
| 207 | III.A.1.a.(3)-(4) III.A.1.c. III.A.1.e. | Ronen Samuel May 11, 2022 1Q22 Earnings Call | "[W]e have a line of sight to major orders. Some of them is from our global strategic accounts. So, *you will continue seeing from the global strategic account revenue coming not only in Q2, but in Q3 and Q4, and definitely also in 2023.*" | ✓ | OPF | ✓ | X | | |
| 207 | III.A.1.a.(3)-(4) III.A.1.c. III.A.1.e. | Ronen Samuel May 11, 2022 1Q22 Earnings Call | "*Actually, in the last week, we start to see a different trend on supply.*" | ✓ | SPF, OPF | ✓ | X | | |

| CC[3] | Addressed in Pls.' Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | Defendants' Arguments/Plaintiffs Responses[2] | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PSLRA Safe Harbor[4] | | Nonactionable Opinion | | Corporate Puffery | |
| 208 | III.A.1.a.(6) III.A.1.d. III.A.1.e. | Ronen Samuel May 11, 2022 1Q22 Earnings Call | "I'm not concerned. Actually, I believe that we built a very, very strong new *moat around our technology, around our products.* In the last two years, actually, *we've developed our products and we created much bigger gap versus any of our competitors.*" | | | ✓ | X | ✓ | X |
| 208 | III.A.1.a.(1)-(2) III.A.1.c. III.A.1.d. III.A.1.e. | Alon Rozner May 11, 2022 1Q22 Earnings Call | "Overall, we are keep investing and building our service organization, and it very much depends on specific projects. Overall, *we continue to see continuous growth and improvement in service profitability.* And this is the way we plan it going forward." | ✓ | SPF, OPF | ✓ | X | ✓ | X |
| 209 | III.A.1.a.(4) | Alon Rozner May 11, 2022 1Q22 Earnings Call | "*No.* It was a timing issue of making decisions and getting the paperwork. So, the start of the year and the quarter was relatively weak after a very busy peak season. So, people took some time off to relax. And then, we saw the quarter building up at the second half of the quarter when we got the POs of the planned business for the quarter. And then, we shipped relatively close to the end of the quarter. And just in a matter of timing, most of the AR adjusts, they're not due, and will be collected mostly in the second quarter." | | | | | | |

21

| CC[3] | Addressed in Pls.' Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | Defendants' Arguments/Plaintiffs Responses[2] | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PSLRA Safe Harbor[4] | | Nonactionable Opinion | | Corporate Puffery | |
| 212 | III.A.1.a.(3)-(4) III.A.1.d. III.A.1.e. | Ronen Samuel June 7, 2022 William Blair Conference | "I must say that the fundamental of Kornit business is *unbelievable in the best place that we could dream of. All the market trends that we were talking about years ago just accelerated.*" | | | ✓ | X | ✓ | X |
| 212 | III.A.1.a.(1) (3)-(6) III.A.1.c. III.A.1.e. | Ronen Samuel June 7, 2022 William Blair Conference | "What happened in Q1 is a unique case, and I call it *a bump, bump on the road to grow.* First of all, we mentioned, *next year, we are going to be $500 million run rate business before Q4 2023.* We promised five years ago, we will be $500 million run rate, which means $125 million in Q4. *We are going to bring it earlier.* We also – on the run rate for $1 billion in 2026, with operating profit above 20%. We believe in that. We are building all the plans to meet it, and we are confident to deliver on that." | ✓ | SPF, OPF | ✓ | X | | |
| 213 | III.A.1.a.(3)-(4) III.A.1.e. | Ronen Samuel June 7, 2022 William Blair Conference | "*Yes. Yeah. Yeah . . . So in terms of supplies, we see real time supplies coming back, back into growth.*" | | | ✓ | X | | |
| 214 | III.A.1.a.(3)-(4), (6) III.A.1.d. III.A.1.e. | Ronen Samuel June 8, 2022 Stifel Conference | "*[A]ll the fundamentals are very strong.*" | | | ✓ | X | ✓ | X |
| 214 | III.A.1.a.(3)-(4) III.A.1.e. | Ronen Samuel June 8, 2022 Stifel Conference | There was a "*bump on the road*" in Kornit's capital equipment and ink sales and the "Amazon [business] is booming. They didn't see any slowdown. They continue to grow very fast." | | | ✓ | X | | |

22

| CC[3] | Addressed in Pls.' Brief | Speaker, Date & Occasion | Alleged False & Misleading Statements | Defendants' Arguments/Plaintiffs Responses[2] | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | PSLRA Safe Harbor[4] | | Nonactionable Opinion | | Corporate Puffery | |
| 214 | III.A.1.a.(5) III.A.1.c. III.A.1.d. III.A.1.e. | Ronen Samuel June 8, 2022 Stifel Conference | "[O]f course, *KornitX is growing very fast*" and [] "*we see a massive growth coming into it.*" | ✓ | SPF, OPF | ✓ | X | ✓ | X |
| 215 | III.A.1.a.(3)- (4) III.A.1.c. III.A.1.e. | Ronen Samuel June 8, 2022 Stifel Conference | "I must say, people are probably sitting here and saying $1 billion in 2026 sounds too long and too ambitious or not too ambitious. Guys, four years ago, we said we are going to be a $500 million run rate business by 2023, in Q4 2023. *We are going to bring it earlier than Q4 2023.*" | ✓ | OPF | ✓ | X | | |
| 215 | III.A.1.a.(3)- (4) III.A.1.c. III.A.1.d. III.A.1.e. | Ronen Samuel June 8, 2022 Stifel Conference | [Kornit anticipated] "*great adoption and great growth*" of the Atlas Max and the automation upgrade available for that system, which would contribute "mainly in Q2." | ✓ | SPF, OPF | ✓ | X | ✓ | X |