**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re Kornit Digital Ltd. Securities Litigation | No. 2:23-cv-00888-MCA-AME<br><br>*Document Filed Electronically*<br><br><u>CLASS ACTION</u> |

## <u>CERTIFICATE OF SERVICE</u>

I, Samuel I. Portnoy, an attorney duly admitted to practice in this District, hereby certify that, on April 1, 2024, I caused a true copy of the foregoing Reply Memorandum of Law in Further Support of Defendants' Motion to Dismiss Plaintiffs' Consolidated Complaint to be filed and served by CM/ECF in accordance with the District of New Jersey's Rules on electronic service and by e-mail to Hannah Ross, Avi Josefson, James A. Harrod, Alec T. Coquin, and Mathews R. de Carvalho of Bernstein Litowitz Berger & Grossmann LLP; James E. Cecchi and Kevin G. Cooper of Carella, Byrne, Cecchi, Olstein, Brody & Angello P.C.; Steven J. Toll and Julie Goldsmith

Reiser of Cohen Milstein Sellers & Toll PLLC; and Thomas C. Michaud and Francis E. Judd of VanOverbeke Michaud & Timmony P.C.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Dated: April 1, 2024

**GIBBONS P.C.**

*/s/ Samuel I. Portnoy*
Samuel I. Portnoy
Danielle N. Craft
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
sportnoy@gibbonslaw.com
dcraft@gibbonslaw.com

**DAVIS POLK & WARDWELL LLP**

Edmund Polubinski III (pro hac vice)
Dana Seshens (pro hac vice)
Daniel J. Schwartz (pro hac vice)
Marie Killmond (pro hac vice)
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
edmund.polubinski@davispolk.com
dana.seshens@davispolk.com
daniel.schwartz@davispolk.com
marie.killmond@davispolk.com

*Counsel for Kornit Digital Ltd., Ronen Samuel,
Alon Rozner, Guy Avidan, Yuval Cohen,
Gabi Seligsohn, Ofer Ben-Zur, Lauri Hanover,
Stephen Nigro, Alon Lumbroso, Yehoshua Nir,
and Dov Ofer*