**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

IN RE KORNIT DIGITAL LTD.
SECURITIES LITIGATION

Case No. 2:23-CV-888-MCA-AME

**DECLARATION OF WILLIAM J. SUSHON, ESQ. IN SUPPORT OF THE
UNDERWRITER DEFENDANTS' MOTION TO DISMISS**

William J. Sushon, under 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1.      I am an attorney admitted to practice *pro hac vice* before this Court and a partner in O'Melveny & Myers LLP, counsel for Defendants Citigroup Global Markets Inc., Barclays Capital Inc., Goldman Sachs & Co. LLC, and Morgan Stanley & Co. LLC (collectively, the "Underwriter Defendants") in the above-captioned matter.  I submit this Declaration in support of the Underwriter Defendants' Motion to Dismiss.

2.      Attached as Exhibit A is a true and correct copy of an excerpt of the Prospectus Supplement filed by Kornit Digital Ltd. on Form 424(b)(5) with the SEC on November 19, 2021, retrieved from the SEC's website on April 1, 2024 at the following url:

https://www.sec.gov/Archives/edgar/data/1625791/000121390021060128/f424b51 511_kornitdigitalltd.htm.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    Old Greenwich, Connecticut
          April 1, 2024

_____
William J. Sushon