# EXHIBIT A

424B5 1 f424b51121_kornitdigitalltd.htm PROSPECTUS

**Filed Pursuant to Rule 424(b)(5)**
**Registration No. 333-248784**

The information in this preliminary prospectus supplement is not complete and may be changed. This preliminary prospectus supplement is not an offer to sell these securities and is not soliciting an offer to buy these securities in any jurisdiction where the offer or sale is not permitted.

**SUBJECT TO COMPLETION, DATED NOVEMBER 16, 2021**

**Preliminary Prospectus Supplement**
*(To prospectus dated September 14, 2020)*

# 2,205,701 Shares
# Kornit Digital Ltd.
## Ordinary Shares

---

We are offering for sale 1,500,000 ordinary shares, par value NIS 0.01 per share. The selling shareholder identified in this prospectus supplement is offering an additional 705,701 ordinary shares. We will not receive any of the proceeds from the sale of shares being offered by the selling shareholder.

Our ordinary shares are listed on the Nasdaq Global Select Market under the symbol "KRNT." On November 15, 2021, the last reported sales price of our ordinary shares was $162.55 per share.

---

|                                                      | Per Share | Total |
|------------------------------------------------------|-----------|-------|
| Public offering price                                | $         | $     |
| Underwriting discounts and commissions               | $         | $     |
| Proceeds, before expenses, to us                     | $         | $     |
| Proceeds, before expenses, to the selling shareholder| $         | $     |

The underwriters may also exercise their option to purchase up to an additional 330,855 ordinary shares from us at the public offering price, less underwriting discounts and commissions, for 30 days after the date of this prospectus supplement.

**Investing in our ordinary shares involves risks that are described in the "Risk Factors" section beginning on page S-4 of this prospectus supplement and in the documents incorporated by reference.**

**Neither the Securities and Exchange Commission nor any state securities commission has approved or disapproved of the securities being offered by this prospectus supplement or accompanying prospectus, or determined if this prospectus supplement or accompanying prospectus is truthful or complete. Any representation to the contrary is a criminal offense.**

The underwriters expect to deliver the ordinary shares to purchasers on or about November       , 2021.

---

**Citigroup**    **Barclays**    **Goldman Sachs & Co. LLC**    **Morgan Stanley**

**Needham & Company**                 **Stifel**                 **William Blair**

**Berenberg**                 **CJS Securities**                 **Craig-Hallum**

_____

The date of this Prospectus Supplement is November          , 2021.

Table of Contents

## WHERE YOU CAN FIND MORE INFORMATION

We have filed with the SEC an automatic shelf registration statement on Form F-3ASR under the Securities Act, with respect to the securities offered by this prospectus supplement. This prospectus supplement and the accompanying prospectus do not contain all the information contained in the registration statement, including its exhibits and schedules. You should refer to the registration statement, including the exhibits and schedules, for further information about us and the securities we may offer. Statements we make in this prospectus supplement and the accompanying prospectus about certain contracts or other documents are not necessarily complete. When we make such statements, we refer you to the copies of the contracts or documents that are filed as exhibits to the registration statement, because those statements are qualified in all respects by reference to those exhibits. The registration statement, including exhibits and schedules, is on file at the offices of the SEC and may be inspected without charge.

We are subject to the information reporting requirements of the Exchange Act. Under the Exchange Act, we are required to file annual reports and certain special reports with, and to furnish current reports and certain other information to the SEC. As a foreign private issuer, we are exempt from the rules under the Exchange Act prescribing the furnishing and content of proxy statements and our officers, directors and principal shareholders are exempt from the reporting and short-swing profit recovery provisions contained in Section 16 of the Exchange Act. In addition, we are not required under the Exchange Act to file annual, quarterly and current reports and financial statements as frequently or as promptly as U.S. companies whose securities are registered under the Exchange Act. However, we file with the SEC, within 120 days after the end of each fiscal year, or such applicable time as required by the SEC, an annual report on Form 20-F containing financial statements audited by an independent registered public accounting firm, and we submit to the SEC, on Form 6-K, unaudited quarterly financial information.

The SEC maintains a website that contains reports, proxy and information statements and other information about issuers, such as us, who file electronically with the SEC. The address of that website is *http://www.sec.gov*.

We maintain a corporate website at *www.kornit.com.* Information contained on, or that can be accessed through, our website does not constitute a part of this prospectus supplement or the accompanying prospectus. We have included our website address in this prospectus supplement solely as an inactive textual reference.

S-26