## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In re Kornit Digital Ltd. Securities Litigation** | **Civil Action No. 23-00888**<br><br>**ORDER** |

**THIS MATTER** comes before the Court by way of 1) Defendants Kornit Digital Ltd., Ronen Samuel, Alon Rozner, Yuval Cohen, Gabi Seligsohn, Ofer Ben-Zur, Lauri Hanover, Stephen Nigro, Alon Lumbroso, Dov Ofer, and Yehoshua Nir (the "Kornit Defendants") Motion to Dismiss, ECF No. 34, and 2) Defendants Citigroup Global Markets Inc., Barclays Capital Inc., Goldman Sachs & Co. LLC, and Morgan Stanley & Co. LLC (the "Underwriter Defendants") Motion to Dismiss, ECF No. 35, Plaintiffs'[1] Consolidated Amended Complaint for failure to state a claim, ECF No. 23;

and it appearing that Plaintiffs oppose the Motions, ECF No. 37;

and it appearing that after considering the parties' briefings and arguments presented at the August 15, 2024 hearing before the undersigned;

**IT IS** on this 15th day of August, 2024;

---

[1] Court-appointed Lead Plaintiffs Genesee County Employees' Retirement System, Kranot Hishtalmut Le Morim Tichoniim Havera Menahelet LTD, Kranot Hishtalmut Le Morim Ve Gananot Havera Menahelet LTD, and Hachshara Insurance Company Ltd. (together, "Lead Plaintiffs"), along with Additional Named Plaintiff Indiana State Police Pension Trust (together with Lead Plaintiffs, "Plaintiffs")

**ORDERED** that Defendants' Motions to Dismiss, ECF Nos. 34 & 35, are granted without prejudice, and Plaintiffs shall file an amended complaint.[2]

*s/ Madeline Cox Arleo*
**MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**

---

[2] The parties are directed to submit a separate proposed order addressing dates for repleading and renewed motions.