# GIBBONS

Samuel I. Portnoy
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4909 Fax: 973-639-6218
sportnoy@gibbonslaw.com

January 21, 2025

**VIA ECF**

Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
Newark, New Jersey 07101

> Re:  ***In re Kornit Digital Ltd. Securities Litigation***, Case No. 2:23-cv-0888-MCA-AME

Dear Judge Arleo,

This firm, along with Davis Polk & Wardwell LLP, represents defendants Kornit Digital Ltd., Ronen Samuel, and Alon Rozner (the "Kornit Defendants") in the above-referenced matter. Additional named defendants Citigroup Global Markets Inc., Barclays Capital Inc., Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC ("Underwriter Defendants," and with the Kornit Defendants, "Defendants") are represented by O'Melveny & Myers.

We write on behalf of Defendants to request an enlargement of the page limits applicable to the motions to dismiss Defendants plan to file on Friday, January 24. To maximize efficiency for the Court and all parties, in lieu of each defendant or group of defendants filing separate, page-limit compliant motions, Defendants request permission to file moving brief(s) in support of all motions not to exceed sixty (60) total pages (exclusive of tables), to be allocated among all Defendants.

Defendants believe this approach will enable them to fully articulate their arguments for dismissal of Plaintiffs' 440-paragraph Amended Consolidated Complaint, while avoiding the duplication and burden that separate full-length submissions might pose for the Court and the parties.

Plaintiffs consent to this request, provided they are afforded an equal number of pages for their opposition, or sixty (60) pages for their opposition brief. Defendants do not oppose Plaintiffs' request for an enlargement of the page limits applicable to their opposition brief.

Defendants also anticipate they will need an enlargement of the page limit applicable to their reply brief(s), but plan to approach the Court with a specific request once they have a chance to review Plaintiffs' opposition.

GIBBONS P.C.

January 21, 2025
Page 2


      If the foregoing meets with Your Honor's approval, we ask that this letter be So Ordered. We thank the Court for its kind attention and consideration of this request.


                                    Respectfully submitted,

                                    *s/ Samuel I. Portnoy*

                                    Samuel I. Portnoy


Enclosures

cc:      All Counsel of Record (*via ECF*)