# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Kornit Digital Ltd. Securities Litigation | Case No. 2:23-cv-00888-MCA-AME<br><br>Hon. Madeline Cox Arleo<br><br><u>CLASS ACTION</u> |

## DECLARATION OF JAMES A. HARROD IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

JAMES A. HARROD hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney licensed to practice in New York and am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP, the Court-appointed Lead Counsel in this Action. I am admitted *pro hac vice* in this Action. I submit this declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motions to Dismiss.

2. Attached hereto as Exhibit 1 is correspondence to Lead Counsel from a customer service representative from Machinio, the platform that hosted the Sticker Mule online listing referenced at paragraph 104 of the Amended Consolidated Complaint (ECF No. 61), representing that Sticker Mule was the seller of the Kornit Atlas printer at issue.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of

1

Kornit's Annual Report for the fiscal year ended December 31, 2021, filed on Form 20-F.  Highlighting has been applied to the document by Lead Counsel.

      4.      Attached hereto as Exhibit 3 is a true and correct copy of excerpts of Kornit's Annual Report for the fiscal year ended December 31, 2022, filed on Form 20-F. Highlighting has been applied to the document by Lead Counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:    March 10, 2025                          _____
             New York, New York                       James A. Harrod