# Exhibit 1

## Alec Coquin

| | |
|---|---|
| **From:** | Lisa Thomas <lisa@machinio.com> |
| **Sent:** | Monday, August 26, 2024 3:41 PM |
| **To:** | Alec Coquin |
| **Subject:** | Seller Contact Information |

**[This message is from an external sender]**

Hi there,

This is the contact information we have for the seller for the listing below.
https://www.machinio.com/listings/89285033-2021-kornit-atlas-in-italy

Seller: Sticker Mule Italy
Email: stefano@printbear.net
Phone: 3493820406

Please let me know if there is anything else I can do to help.

Best Regards,
---
Lisa Thomas
***Machinio Customer Service***
www.machinio.com