

Samuel I. Portnoy
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4909 Fax: 973-639-6218
sportnoy@gibbonslaw.com

April 21, 2025

<u>VIA ECF</u>
Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
Newark, New Jersey 07101

Re:     *In re Kornit Digital Ltd. Securities Litigation*, Case No. 2:23-cv-0888-MCA-AME

Dear Judge Arleo,

This firm, along with Davis Polk & Wardwell LLP, represents defendants Kornit Digital Ltd., Ronen Samuel, and Alon Rozner (the "Kornit Defendants") in the above-referenced matter. Additional named defendants Citigroup Global Markets Inc., Barclays Capital Inc., Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC ("Underwriter Defendants," and with the Kornit Defendants, "Defendants") are represented by O'Melveny & Myers.

We write on behalf of Defendants to request an enlargement of the page limits applicable to the motion to dismiss reply briefs Defendants plan to file on Friday, April 25. As the Court will recall, to maximize efficiency, in lieu of each defendant or group of defendants filing separate, page-limit compliant motions, Defendants requested and were granted permission to file two moving briefs not to exceed a collective total of sixty (60) pages, and Plaintiffs were afforded an equal number of pages for their opposition. (ECF No. 63.) Defendants previewed at that time that they likely would need additional pages for reply briefing, but would approach the Court with a specific request once they had an opportunity to review Plaintiffs' opposition. (*Id.*) Having now had that opportunity, Defendants seek leave to file reply briefs not to exceed a collective total of thirty-five (35) pages (exclusive of tables). Plaintiffs consent to this request.

If the foregoing meets with Your Honor's approval, we ask that this letter be So Ordered. We thank the Court for its kind attention and consideration of this request.

Respectfully submitted,

*s/ Samuel I. Portnoy*
Samuel I. Portnoy

cc:     All Counsel of Record (*via ECF*)