UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **In re Kornit Digital Ltd. Securities Litigation** | Civil Action No. 23-00888<br><br>**ORDER** |

**THIS MATTER** comes before the Court by way of 1) Defendants Kornit Digital Ltd., Ronen Samuel, Alon Rozner, Yuval Cohen, Gabi Seligsohn, Ofer Ben-Zur, Lauri Hanover, Stephen Nigro, Alon Lumbroso, Dov Ofer, and Yehoshua Nir (the "Kornit Defendants") Motion to Dismiss, ECF No. 64, and 2) Defendants Citigroup Global Markets Inc., Barclays Capital Inc., Goldman Sachs & Co. LLC, and Morgan Stanley & Co. LLC (the "Underwriter Defendants") Motion to Dismiss, ECF No. 65, Plaintiffs'[1] Amended Consolidated Complaint, ECF No. 61, for failure to state a claim;

and it appearing that Plaintiffs oppose the Motions, ECF No. 66;

and it appearing that after considering the parties' filings and arguments presented at the September 5, 2025 hearing before the undersigned;

**IT IS** on this 4th day of September, 2025;

---

[1] Court-appointed Lead Plaintiffs Genesee County Employees' Retirement System, Kranot Hishtalmut Le Morim Tichoniim Havera Menahelet LTD, Kranot Hishtalmut Le Morim Ve Gananot Havera Menahelet LTD, and Hachshara Insurance Company Ltd. (together, "Lead Plaintiffs"), along with Additional Named Plaintiff Indiana State Police Pension Trust (together with Lead Plaintiffs, "Plaintiffs").

1

**ORDERED** that the Kornit Defendants' Motion to Dismiss, ECF No. 64, is **GRANTED** in part and **DENIED** in part, and the Underwriter Defendants' Motion to Dismiss, ECF No. 65, is **GRANTED** in full.  Plaintiffs shall have forty-five (45) days to submit any amended pleadings.

**SO ORDERED**.

*s/ Madeline Cox Arleo*
**MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**