# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

NEWARK

**Date:** 9/4/25

**JUDGE: Madeline Cox Arleo**

COURT REPORTER: Diane DiTizii

DEPUTY CLERK: Amy Andersonn

**Title of Case:**                                              **Docket No.** 23-cv-888(MCA)

IN RE KORNIT DIGITAL LTD. SECURITIES LITIGATION

**Appearances:**

Kevin Cooper, Esq., for plaintiff
James Harrod, Esq., for plaintiff
Matthews de Carvalho, Esq., for plaintiff
Alec Coquin, Esq., for plaintiff
Julie Reiser, Esq., for plaintiff Indiana Police Retirement System
Samuel Portnoy, Esq., for defendant Kornit
Dana Seshens, Esq., for defendant Kornit
Edmund Polubinski, Esq., for defendant Kornit
William Sushon, Esq., for Underwriter defendants
Ryan J. Fennell, Esq., for Underwriter defendants

**Nature of proceedings**:

Oral argument hearing held on motions to dismiss [64] & [65]
Ordered motion to dismiss [64] is granted in part and denied in part; motion to dismiss [65] is granted.
Recess 3:05 p.m.-4:00 p.m.
Plaintiffs shall file an amended complaint within 45 days.

Time Commenced 1:05 p.m.
Time Adjourned 4:55 p.m.

*Amy Andersonn*
Amy Andersonn, Deputy Clerk