UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Kornit Digital Ltd. Securities Litigation | Case No. 2:23-cv-00888-MCA-AME<br><br>*Document Filed Electronically*<br><br><u>CLASS ACTION</u><br><br>**ORDER REGARDING POTENTIAL COMPLAINT AMENDMENT AND TIME TO ANSWER OR OTHERWISE PLEAD** |

This stipulation ("Stipulation") is made between Lead Plaintiffs Genesee County Employees' Retirement System, Kranot Hishtalmut Le Morim Tichoniim Havera Menahelet LTD, Kranot Hishtalmut Le Morim Ve Gananot Havera Menahelet LTD, and Hachshara Insurance Company Ltd.; Additional Named Plaintiff Indiana State Police Pension Trust (together with Lead Plaintiffs, "Plaintiffs") and Defendants Kornit Digital Ltd. ("Kornit"), Ronen Samuel, and Alon Rozner (collectively, the "Individual Defendants" and, together with Kornit, the "Kornit Defendants"). Plaintiffs and the Kornit Defendants are collectively referred to herein as the "Parties."[1]

Having conferred, counsel for the Parties agree as follows:

**WHEREAS**, on November 8, 2024, Plaintiffs filed a Consolidated Amended Complaint for Violation of the Federal Securities Laws (the "Amended Complaint") (ECF No. 61);

---

[1] All claims against additional named Defendants Citigroup Global Markets Inc., Barclays Capital Inc., Goldman Sachs & Co. LLC, and Morgan Stanley & Co. LLC (the "Underwriter Defendants" and with the Kornit Defendants, "Defendants") were dismissed by the Court in its September 4, 2025 Order (ECF No. 74).

**WHEREAS**, on January 24, 2025, Defendants filed Motions to Dismiss the Amended Complaint (ECF Nos. 64–65), which Motions became fully briefed on April 25, 2025 (*see* ECF Nos. 64–66, 68);

**WHEREAS**, on September 4, 2025, this Court held a hearing on Defendants' Motions to Dismiss and thereafter entered an Order granting in part and denying in part the Kornit Defendants' Motion to Dismiss, granting in full Underwriter Defendants' Motion to Dismiss, and ordering that Plaintiffs shall have forty-five (45) days (or until October 20, 2025) to submit any amended pleadings (ECF No. 74) (the "Order");

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 15(a)(3), the Kornit Defendants' deadline to answer Plaintiffs' Consolidated Amended Complaint is currently September 18, 2025, which is prior to Plaintiffs' current deadline to file any amended pleadings; and

**WHEREAS**, the Parties have met and conferred and have agreed that the Kornit Defendants' obligation to respond to the Amended Complaint should be held in abeyance in light of the foregoing and in the interest of judicial efficiency;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the Parties, and subject to this Court's approval:

1.    On or before October 20, 2025, Plaintiffs shall either (i) file any amended pleadings, or (ii) confirm by letter filed on the docket that Plaintiffs do not intend to further amend the Amended Complaint in response to the Court's Order.

2.    In the event that Plaintiffs elect not to file a further amended complaint in response to the Court's Order, the Kornit Defendants shall have forty-five (45) days from the date Plaintiffs file their confirming letter to file their answer to the Amended Complaint. The Kornit Defendants' obligation to respond to the Amended Complaint is held in abeyance in the interim.

2

3.      In the event that Plaintiffs elect to file any amended pleadings, the Parties shall confer and, within fourteen (14) days of the date the amended pleadings are filed, submit for the Court's approval a proposed schedule for the Kornit Defendants' response to the amended pleadings, including the briefing schedule for any motion to dismiss Plaintiffs' further amended complaint.

4.      In the event that Plaintiffs elect to proceed into discovery on the Amended Complaint, as sustained by the Court, the Parties shall conduct an initial meet and confer pursuant to Fed. R. Civ. P. 26(f) within twenty-one (21) days of the filing of Plaintiffs' letter confirming such election.

5.      Nothing in this Stipulation shall prejudice the right of any party to seek further extensions on the consent of the other parties or from the Court, or to otherwise amend or oppose the amendment of pleadings during the course of this Action pursuant to Federal Rules of Civil Procedure 15 or 16, or any other applicable rule or statute.

6.      This Stipulation may be executed in counterparts, and copies thereof furnished by electronic format shall be deemed originals for all purposes.

Respectfully Submitted this 18th day of September 2025, by:

CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.

/s/ James E. Cecchi

James E. Cecchi
Kevin G. Cooper
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com
kcooper@carellabyrne.com

*Liaison Counsel for Plaintiffs*

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
Hannah Ross (*pro hac vice*)
Avi Josefson (*pro hac vice*)
James A. Harrod (*pro hac vice*)
Alec T. Coquin (*pro hac vice*)
Mathews R. de Carvalho (*pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
hannah@blbglaw.com
avi@blbglaw.com
jim.harrod@blbglaw.com
alec.coquin@blbglaw.com
mathews.decarvalho@blbglaw.com

*Lead Counsel for Lead Plaintiffs*

VANOVERBEKE MICHAUD &
TIMMONY P.C.
Thomas C. Michaud
Francis E. Judd
79 Alfred Street
Detroit, Michigan 48201
Telephone: (313) 578-1200
Facsimile: (313) 578-1201
tmichaud@vmtlaw.com

GIBBONS P.C.

/s/ Samuel I. Portnoy

Samuel I. Portnoy
One Gateway Center
Newark, New Jersey 07102-5310
Tel: (973) 596-4879
sportnoy@gibbonslaw.com

DAVIS POLK & WARDWELL LLP

Edmund Polubinski III (*pro hac vice*)
Dana Seshens (*pro hac vice*)
Daniel Schwartz (*pro hac vice*)
Marie Killmond (*pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
edmund.polubinski@davispolk.com
dana.seshens@davispolk.com
daniel.schwartz@davispolk.com
marie.killmond@davispolk.com

*Counsel for Defendants Kornit Digital
Ltd., Ronen Samuel, and Alon Rozner*

4

fjudd@vmtlaw.com

*Additional Counsel for Lead Plaintiff*
*Genesee County Employees' Retirement*
*System*

COHEN MILSTEIN SELLERS
& TOLL PLLC
Steven J. Toll
Julie Goldsmith Reiser
1100 New York Ave NW
Suite 500 West
Washington, DC 20005
Telephone: (202) 408-4600
stoll@cohenmilstein.com
jreiser@cohenmilstein.com

*Counsel for Named Plaintiff Indiana State*
*Police Pension Trust*

**SO ORDERED:**

This ____ day of September, 2025.

_____

Hon. Madeline Cox Arleo
United States District Judge

6