# CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

| | | | | |
|---|---|---|---|---|
| JAN ALAN BRODY | DONALD F. MICELI | **5 BECKER FARM ROAD** | PETER G. STEWART | RAYMOND J. LILLIE |
| JOHN M. AGNELLO | CARL R. WOODWARD, III | **ROSELAND, N.J. 07068-1739** | FRANCIS C. HAND | GREGORY G. MAROTTA |
| CHARLES M. CARELLA | MELISSA E. FLAX | **PHONE (973) 994-1700** | JAMES A. O'BRIEN, III | MARYSSA P. GEIST |
| JAMES E. CECCHI | DAVID G. GILFILLAN | **FAX (973) 994-1744** | JOHN G. ESMERADO | JORDAN M. STEELE |
| | G. GLENNON TROUBLEFIELD | www.carellabyrne.com | STEVEN G. TYSON | BRITTNEY M. MASTRANGELO |
| | BRIAN H. FENLON | | MATTHEW J. CERES | GRANT Y. LEE*** |
| CHARLES C. CARELLA | CAROLINE F. BARTLETT | | ZACHARY A. JACOBS*** | MAYBOL HALL |
| 1933 – 2023 | ZACHARY S. BOWER+ | | JASON H. ALPERSTEIN | WILLIAM J. MANORY |
| | DONALD A. ECKLUND | | | NESLIHAN Z. TALU |
| | CHRISTOPHER H. WESTRICK* | | OF COUNSEL | |
| | STEPHEN R. DANEK | | | |
| | MICHAEL A. INNES | | *CERTIFIED BY THE SUPREME COURT OF | |
| | MEGAN A. NATALE | | NEW JERSEY AS A CIVIL TRIAL ATTORNEY | |
| | KEVIN G. COOPER | | ***MEMBER IL BAR ONLY | |
| | | | +MEMBER FL BAR ONLY | |

October 20, 2025

**<u>Via ECF</u>**

Hon. Madeline Cox Arleo, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Hon. André M. Espinosa, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   *In re Kornit Digital Ltd., Securities Litigation,*
       <u>No. 2:23-cv-0888 (MCA) (AME)          </u>

Dear Judge Arleo and Magistrate Judge Espinosa,

We, along with Bernstein Litowitz Berger & Grossmann LLP, represent Plaintiffs in the above-referenced Action. Pursuant to this Court's September 22, 2025 Order (ECF No. 78), Plaintiffs confirm that they do not intend to further amend the Amended Complaint at this time in response to the Court's September 4, 2025 Order (ECF No. 74).

Pursuant to the Parties' agreement (ECF No. 78), the Parties will conduct an initial meet and confer pursuant to Fed. R. Civ. P. 26(f) by no later than November 10, 2025, with the submission of a Report under that rule and pursuant to Civil Local Rule 26.1(b)(2) to Magistrate Judge André M. Espinosa by no later than November 24, 2025.

Plaintiffs request that Magistrate Judge Espinosa schedule a conference with the Parties pursuant to Fed. R. Civ. P. 16, at the earliest convenient date after December 1, 2025.

Respectfully Submitted,

CARELLA, BYRNE, CECCHI
BRODY & AGNELLO

October 20, 2025
Page 2

                                         */s/ James E. Cecchi*
                                         James E. Cecchi