Michael V. Caracappa, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5310
(973) 596-4500
*Attorneys for Defendants*
*Kornit Digital Ltd., Ronen Samuel, and Alon Rozner*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Kornit Digital Ltd. Securities Litigation | Civil Action No. 2:23-00888 (MCA) (AME) |
| | **NOTICE OF APPEARANCE OF MICHAEL V. CARACAPPA** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants Kornit Digital Ltd., Ronen Samuel, and Alon Rozner in the above-captioned matter. Please serve copies of all papers upon the undersigned attorney at the office and e-mail address listed below and cause any future Notices of Electronic Filing in the above-captioned matter to be sent through the CM/ECF System.

Dated: December 2, 2025
    Newark, New Jersey

By: s/*Michael V. Caracappa*
    Michael V. Caracappa, Esq.
    **GIBBONS P.C.**
    One Gateway Center
    Newark, New Jersey  07102-5310
    (973) 596-4500
    mcaracappa@gibbonslaw.com