Edmund Polubinski III (*pro hac vice*)
Dana Seshens (*pro hac vice*)
Daniel J. Schwartz (*pro hac vice*)
Marie Killmond (*pro hac vice*)
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
edmund.polubinski@davispolk.com
dana.seshens@davispolk.com
daniel.schwartz@davispolk.com
marie.killmond@davispolk.com

Samuel I. Portnoy
Michael V. Caracappa
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
sportnoy@gibbonslaw.com
mcaracappa@gibbonslaw.com

*Counsel for Kornit Digital Ltd., Ronen*
*Samuel, and Alon Rozner*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Kornit Digital Ltd. Securities Litigation | No. 2:23-cv-00888-MCA-AME<br><br>*Document Filed Electronically*<br><br><u>CLASS ACTION</u><br><br>**ORAL ARGUMENT REQUESTED**<br><br>**RETURN DATE:**<br>January 5, 2026<br><br>**<u>NOTICE OF DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS</u>** |

**To:**
**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
James E. Cecchi
Kevin G. Cooper
5 Becker Farm Road
Roseland, New Jersey 07068

*Liaison Counsel for Lead Plaintiffs Genesee County Employees' Retirement System, Kranot Hishtalmut Le Morim Tichoniim Havera Menahelet LTD, Kranot Hishtalmut Le Morim Ve Gananot Havera Menahelet LTD, and Hachshara Insurance Company Ltd.*

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
Hannah G. Ross (*pro hac vice*)
Avi Josefon (*pro hac vice*)
James A. Harrod (*pro hac vice*)
Alec T. Coquin (*pro hac vice*)
Mathews R. de Carvalho (*pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020

*Lead Counsel for Lead Plaintiffs*

**VANOVERBEKE MICHAUD & TIMMONY P.C.**
Thomas C. Michaud
Francis E. Judd
79 Alfred Street
Detroit, Michigan 48201

*Additional Counsel for Lead Plaintiff Genesee County Employees' Retirement System*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Steven J. Toll
Julie Goldsmith Reiser
1100 New York Ave NW
Suite 500 West
Washington, DC 20005

*Counsel for Named Plaintiff Indiana State Police Pension Trust*

**PLEASE TAKE NOTICE** that on January 5, 2026, or such other time and date as set by the Court, Defendants Kornit Digital Ltd., Ronen Samuel, and Alon Rozner (collectively, "Defendants") will move before the Honorable Judge Madeline Cox Arleo, Judge of the United States District Court for the District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street,

Newark, New Jersey 07102, for entry of an Order granting Defendants' Motion for Partial Judgment on the Pleadings.

**PLEASE TAKE FURTHER NOTICE** that, in support of the within motion, Defendants rely upon the accompanying Memorandum of Law in Support of Defendants' Motion for Partial Judgment on the Pleadings and the Declaration of Edmund Polubinski III, as well as the exhibits and attachments thereto.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is being submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 78.1(b), Defendants request oral argument on this motion.

Dated: December 4, 2025

**GIBBONS P.C.**

*/s/ Samuel I. Portnoy*
Samuel I. Portnoy
Michael V. Caracappa
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
sportnoy@gibbonslaw.com
mcaracappa@gibbonslaw.com

**DAVIS POLK & WARDWELL LLP**

Edmund Polubinski III (*pro hac vice*)
Dana Seshens (*pro hac vice*)
Daniel J. Schwartz (*pro hac vice*)
Marie Killmond (*pro hac vice*)
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
edmund.polubinski@davispolk.com
dana.seshens@davispolk.com
daniel.schwartz@davispolk.com
marie.killmond@davispolk.com

*Counsel for Kornit Digital Ltd., Ronen Samuel, and Alon Rozner*