UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Kornit Digital Ltd. Securities Litigation | No. 2:23-cv-00888 MCA-AME<br><br>*Document Filed Electronically*<br><br><u>CLASS ACTION</u> |

**DECLARATION OF EDMUND POLUBINSKI III IN SUPPORT OF DEFENDANTS' MOTION FOR PARTIAL <u>JUDGMENT ON THE PLEADINGS</u>**

Edmund Polubinski III, pursuant to 28 U.S.C. § 1746, hereby declares:

1. I am an attorney admitted *pro hac vice* before this Court, and I am a partner of the law firm Davis Polk & Wardwell LLP, counsel for Defendants Kornit Digital Ltd. ("Kornit"), Ronen Samuel, and Alon Rozner (collectively, "Defendants") in the above-captioned matter. I submit this Declaration in support of Defendants' Motion for Partial Judgment on the Pleadings.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of the annual report for the fiscal year ended December 31, 2020 filed by Kornit on Form 20-F with the U.S. Securities and Exchange Commission ("SEC") on March 25, 2021. A full copy of the document is available at:

https://www.sec.gov/ix?doc=/Archives/edgar/data/0001625791/000121390021017655/f20f2020_kornitdigital.htm.

3. Attached as Exhibit 2 is a true and correct copy of excerpts of the annual report for the fiscal year ended December 31, 2021 filed by Kornit on Form 20-F with the SEC on March 30, 2022. A full copy of the document is available at: https://www.sec.gov/ix?doc=/Archives/edgar/data/0001625791/000121390022016155/f20f2021_kornitdigital.htm.

4. Attached as Exhibit 3 is a true and correct copy of excerpts of the annual report for the fiscal year ended December 31, 2019 filed by Kornit on Form 20-F with the SEC on March 23, 2020. A full copy of the document is available at: https://www.sec.gov/ix?doc=/Archives/edgar/data/0001625791/000121390020007110/f20f2019_kornitdigi.htm.

5. Attached as Exhibit 4 is a true and correct copy of excerpts of the annual report for the fiscal year ended December 31, 2022 filed by Kornit on Form 20-F with the SEC on March 30, 2023. A full copy of the document is available at: https://www.sec.gov/Archives/edgar/data/1625791/000121390023024737/f20f2022_kornitdigital.htm.

6. Attached as Exhibit 5 is a true and correct copy of the February 16, 2021 Kornit Earnings Call Transcript for the fourth quarter and full year 2020, published by FD (Fair Disclosure) Wire.

7. Attached as Exhibit 6 is a true and correct copy of the May 11, 2022 Kornit Earnings Call Transcript for the first quarter of 2022, published by S&P Global Market Intelligence.

8. Attached as Exhibit 7 is a true and correct copy of a May 11, 2022 research report regarding Kornit published by Barclays.

9. Attached as Exhibit 8 is a true and correct copy of a May 11, 2022 research report regarding Kornit published by William Blair.

10. Attached as Exhibit 9 is a true and correct copy of a July 6, 2022 research report regarding Kornit published by Craig-Hallum.

11. Attached as Exhibit 10 is a true and correct copy of a Report of Foreign Private Issuer filed by Kornit on Form 6-K with the SEC on July 5, 2022, including Exhibit 99.1 thereto, which is a press release, dated July 5, 2022, titled "Kornit Digital Announces Preliminary Second Quarter 2022 Financial Results."

12. Attached as Exhibit 11 is a true and correct copy of a Report of Foreign Private Issuer filed by Kornit on Form 6-K with the SEC on May 11, 2022, including Exhibit 99.1 thereto, which is a press release, dated May 11, 2022, titled "Kornit Digital Reports First Quarter 2022 Results."

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         December 4, 2025

By: _____
       Edmund Polubinski III

# Index of Exhibits to the Declaration of Edmund Polubinski III

| Decl. Ex. | Document |
|---|---|
| 1 | Excerpts from March 25, 2021 Form 20-F, Kornit's Annual Report for 2020 |
| 2 | Excerpts from March 30, 2022 Form 20-F, Kornit's Annual Report for 2021 |
| 3 | Excerpts from March 23, 2020 Form 20-F, Kornit's Annual Report for 2019 |
| 4 | Excerpts from March 30, 2023 Form 20-F, Kornit's Annual Report for 2022 |
| 5 | February 16, 2021 Q4 and Full-Year 2020 Earnings Call Transcript |
| 6 | May 11, 2022 Q1 2022 Earnings Call Transcript |
| 7 | May 11, 2022 Barclays Research Report |
| 8 | May 11, 2022 William Blair Research Report |
| 9 | July 6, 2022 Craig-Hallum Research Report |
| 10 | July 5, 2022 Form 6-K, Q2 Earnings Release |
| 11 | May 11, 2022 Form 6-K, Q1 2022 Earnings Release |