# EXHIBIT 1

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549**

**FORM 20-F**

(Mark One)

☐ **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2020**

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

☐ **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission file number 001-36903**



**KORNIT DIGITAL LTD.**
(Exact name of Registrant as specified in its charter)

**Israel**
(Jurisdiction of incorporation or organization)

**12 Ha'Amal St.
Rosh-Ha'Ayin 4809246, Israel**
(Address of principal executive offices)

**Alon Rozner, Chief Financial Officer
Kornit Digital Ltd.
12 Ha'Amal St.
Rosh-Ha'Ayin 4809246, Israel
Tel: +972 3 908-5800
Fax: +972 3 908-0280**
(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

Securities registered or to be registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Ordinary shares, par value NIS 0.01 per share | KRNT | The Nasdaq Stock Market LLC |

Securities registered or to be registered pursuant to Section 12(g) of the Act: **None**

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act: **None**

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report:

As of December 31, 2020, the registrant had outstanding 45,988,613 ordinary shares, par value NIS 0.01 per share

***Undetected defects in the design or manufacturing of our products may harm our business and results of operations.***

Our systems, ink and other consumables, and associated software may contain undetected errors or defects when first introduced or as new versions are released. We have experienced these errors or defects in the past during the introduction of new systems and system upgrades. We expect that these errors or defects will be found from time to time in new or enhanced systems after commencement of commercial distribution or upon software upgrades. These problems may cause us to incur significant warranty and repair costs, divert the attention of our engineers from our product development and customer service efforts and harm our reputation. We may experience a delay in revenue recognition or collection of due payments from relevant customers as a result of our systems' inability to meet agreed performance metrics. In addition, the use of third-party inks may harm the operation of our systems and reduce customer satisfaction with them, which could harm our reputation and adversely affect sales of our systems. We may also be subject to liability claims for damages related to system errors or defects. Although we carry insurance policies covering this type of liability, these policies may not provide sufficient protection should a claim be asserted against us. Any product liability claim brought against us could force us to incur significant expenses, divert management time and attention, and harm our reputation and business. In addition, costs or payments made in connection with warranty and product liability claims and system recalls could materially affect our financial condition and results of operations.

***We may need substantial additional capital in the future, which may cause dilution to our existing shareholders, restrict our operations or require us to relinquish rights to our pipeline products or intellectual property. If additional capital is not available, we may have to delay our expansion plans or reduce operations.***

Based on our current business plan, we believe our cash flows from operating activities and our existing cash resources will be sufficient to meet our currently anticipated cash requirements through the next 12 months without drawing on our lines of credit or using significant amounts of the net proceeds from our initial public offering and follow-on offerings. We have furthermore recently raised $162 million of aggregate net proceeds from our September 2020 follow-on public offering, and have approximately $436 million in cash, cash equivalents, short term deposits and marketable securities as of December 31, 2020. Nevertheless, to the extent our anticipated cash requirements change due to our expansion plans or otherwise, we may seek additional funding in the future. This funding may consist of equity offerings, debt financings or any other means to expand our sales and marketing capabilities, develop our future solutions or pursue other general corporate purposes. Securing additional financing may divert our management from our day-to-day activities, which may adversely affect our ability to market our current solutions and develop and sell future solutions. Additional funding may not be available to us on acceptable terms, or at all.

To the extent that we raise additional capital through, for example, the sale of equity or convertible debt securities, your ownership interest will be diluted, and the terms may include liquidation or other preferences that adversely affect your rights as a shareholder. The incurrence of indebtedness or the issuance of certain equity securities could result in increased fixed payment obligations and could also result in certain restrictive covenants, such as limitations on our ability to incur additional debt, limitations on our ability to acquire or license intellectual property rights and other operating restrictions that could adversely impact our ability to conduct our business. In addition, the issuance of additional equity securities by us, or the possibility of such issuance, may cause the market price of our ordinary shares to decline.

***We have acquired businesses and may acquire other businesses and/or companies, which could require significant management attention, disrupt our business, dilute shareholder value, and adversely affect our results of operations.***

As part of our business strategy and in order to remain competitive, we have acquired businesses and may acquire or make investments in other complementary companies, products or technologies. Our experience in acquiring and integrating other companies, products or technologies is limited. We may not be able to find suitable acquisition candidates, and we may not be able to complete such acquisitions on favorable terms, if at all. If we complete other acquisitions, we may not ultimately strengthen our competitive position or achieve our goals, and any acquisitions we complete could be viewed negatively by our customers, analysts and investors. In addition, if we are unsuccessful at integrating such acquisitions or the technologies associated with such acquisitions, our revenues and results of operations may be adversely affected. Any integration process may require significant time and resources, and we may not be able to manage the process successfully. We may not successfully evaluate or utilize the acquired technology or personnel, or accurately forecast the financial impact of an acquisition transaction, including accounting charges. We may have to pay cash, incur debt or issue equity securities to pay for any such acquisition, each of which could adversely affect our financial condition or the value of our ordinary shares. The sale of equity or issuance of debt to finance any such acquisitions could result in dilution to our shareholders. The incurrence of indebtedness would result in increased fixed obligations and could also include covenants or other restrictions that would impede our ability to manage our operations.

*Reduced time between design and production:* The digital textile printing process allows for samples to be quickly produced, evaluated, and modified, which permits brand owners to increase the frequency and variety of replenishment cycles in response to fashion trends.

*Decreased risk of excess inventory:* The costly and time-consuming upfront setup required in analog production methods is avoided when using digital printing technologies. Therefore, digital printing enables the cost-efficient production of a smaller quantity of garments, which mitigates excess inventory risk and improves profitability. Stocking blank garments or fabric and decorating them only when demand is identified significantly reduces the amount of inventory at risk. This reduces working capital requirements, thereby enabling the emergence of numerous online businesses which are focused on the sale of printed textiles.

*Reduced labor and physical space requirements:* Digital textile printing requires significantly less labor to print an equivalent output due to the significant reduction in process steps. The unique Kornit proprietary process of digital textile printing further reduces the need for labor and introduces additional floor space savings for manufacturing equipment by eliminating certain process steps and by consolidating multiple process steps into a single printing system. The combination of labor savings and smaller shop floor footprint, coupled with lower energy consumption and a lack of environmental impact, enables manufacturers to move production closer to consumers in a cost-effective manner. Textile business is very seasonal and the need to retain employees bares a heavy financial burden. The move to digital printing significantly reduces the need for manpower and allows for a more flexible cost structure.

*Sustainability:* Digital textile printing significantly reduces industrial water consumption and discharge of toxic chemicals by eliminating the need to wash screens for color changes and repeated use. We believe that this results in reduced environmental impact and, in turn, enables manufacturers to comply with regulatory and brand guidelines at a location of their choosing, in many cases in populated areas which are not industrial in nature.

**Our Business**

We develop, design and market innovative digital printing solutions for the global printed textile industry, with a major focus on the fashion, apparel and home décor segments of the industry.

Our vision is to create a better world where everybody can bond, design and express their identities, one impression at a time.

Our mission is to revolutionize the fast-changing industry by facilitating and expediting the transition from analog processes that have not evolved for decades and are not fit for the rapidly changing business models and self-disruption needs of the industry, to digital methods of garment, apparel and home decor finished goods production and decoration that address the contemporary supply, demand, social and environmental needs of the industry in which we operate.

We focus on the rapidly growing high throughput, direct-to-garment, or DTG, and Direct-to-Fabric, or DTF, segments of the printed and decorated textile industry. Our solutions include our proprietary digital printing systems, ink and other consumables, associated software and value-added services that allow for quality and cost-effective large-scale printing of short runs of complex images and designs directly on finished garments and fabrics. Our solutions address the growing production gaps reflected in the need to shift to shorter runs, proximity production, proximity decoration, partial or full on-demand production, and microfactory models by enabling our customers to print and decorate high quality products in a time efficient, cost-effective and environmentally-friendly manner. This allows textile manufacturers to transition from their traditional business and operating models of supply based on demand predictions, to partial or full on-demand or made-to-order models, by which decoration of fabric and production of finished goods only takes place once a customer order has been issued.

Our solutions are differentiated from other digital methods of production because they eliminate the need to pre-treat fabrics prior to printing, thereby offering our customers the ability to digitally print high quality images and designs on a variety of fabrics in a streamlined and environmentally-friendly manner. When compared to analog methods of production, our solutions also significantly reduce production lead times and enable customers to more efficiently and cost-effectively produce smaller quantities of individually printed designs, thereby mitigating the risk of excess inventory, which is a significant challenge for the industry, as further described in our "Industry Overview" section above.

Custom Gateway's solution also enables Kornit to facilitate smart connectivity, for operational and business transactions between multiple stakeholders in the on-demand manufacturing ecosystem such as brands, licensors, retailers, blank providers and digital printers.

**Our Services**

Our services consist of maintenance and support, consulting and professional services. We are seeking to increase the number of customers that rely on us to provide services for their systems by expanding our service capabilities. As of December 31, 2020, we had service contracts in place with approximately 75% of our industrial and mass production installed base. Starting in 2020, this rate began to increase, as according to our policy, each industrial system is now sold along with a service contract. Service revenues exceeded 10% of our overall revenues for the first time in 2017 and, in 2020, amounted to $28.4 million. In addition to driving gross margin improvement, this provides us an opportunity for direct contact with customers with the goal of reducing system down-time, educating customers about optimal use of our systems to drive increased utilization, expanding the variety of print applications and increasing sales of post-warranty service contracts and other professional application development services. These will ultimately assist our customers to increase system utilization and the number of impressions printed.

**Maintenance and Support**

Starting in 2019, we typically provide a six-month warranty, which covers parts, labor, and remote support. Our customers also usually purchase an additional year of support coverage at the time of purchase. After this period, customers can renew their support contract by purchasing a support package that includes remote support, on-site support, software updates, and on-site yearly maintenance. Alternatively, they can choose to rely on our support on a time-and-materials basis. In the United States, we provide direct service to all of our customers. In the EMEA region, we provide direct service to nearly half of our install base, while the other half receives that support through our independent distributors. In the Asia Pacific region, service is provided by our independent distributors, and we provide second line support, if needed.

**Professional Services**

Our systems are designed such that customers can operate them without the assistance of our company or our independent distributors. However, we provide the Customer Empowerment Program to ensure an efficient knowledge-transfer process and to help our customers become proficient and independent at operating their systems in a short period of time

The Customer Empowerment Program is composed of four touchpoints:

- Digital Touchpoint: This is available before the system is installed at the customer site. Includes access to a variety of online tutorials and documentation.

- Basic Technical and Application Training: Consists of a five-day course in our training center. Includes an overview of the system and involves practice by the customer performing typical maintenance, application, and operation procedures.

- Installation Training – Consists of three days on-site during the installation of the system, to ensure that the machine is up-and-running as expected.

- Ramp-up Training – Three to five days of professional services. Includes customized consulting aimed at optimizing the use of our systems. These professional services are provided at our regional offices or on-site at the customer.

We have furthermore established three training centers at our regional offices in the US, Germany, and Hong Kong, respectively. We continuously seek to expand the number and content of our training programs.

**Our Customers**

Our diverse global customer base consisted of approximately 1,300 active customers as of December 31, 2020. Throughout our growing installed base, our customers can serve a variety of different business models, particularly the new business models that have developed in response to the evolution of consumer trends and the rapid growth of the online retail market. Our solutions enable this category of "on-demand" businesses to fulfill consumer demand more quickly and cost-effectively in a manner that is differentiated from traditional brick and mortar businesses. A number of large-scale, on-demand platforms have emerged. These platforms often leverage digital printing solutions to facilitate business for other content providers.

Starting January 1, 2014 and based on the Israeli law, we consolidate the two separate results of our Israeli operations only for tax purposes such that net operating loss carryforwards of Kornit Technologies generated from 2014 onwards can be used to offset our taxable income. Kornit Technologies currently generates enough carryforward net operating losses to offset our taxable income. Accordingly, we were not subject to effective income tax in Israel in 2018, 2019 or 2020, and our effective tax rate was the blended rate of our Israeli tax and those of our non-Israeli subsidiaries in their respective jurisdictions of organization.

Under the Investment Law and other Israeli legislation, we are entitled to certain additional tax benefits, including accelerated depreciation and amortization rates for tax purposes on certain assets, deduction of public offering expenses in three equal annual installments and amortization of other intangible property rights for tax purposes.

**Comparison of Period to Period Results of Operations**

|  | Year Ended December 31, | | |
| --- | ---: | ---: | ---: |
|  | 2018 | 2019 | 2020 |
|  | (in thousands) | | |
| Revenues |  |  |  |
|   Products | $ 125,729 | $ 156,594 | $ 164,918 |
|   Services | 16,644 | 23,272 | 28,413 |
| Total revenues | 142,373 | 179,866 | 193,331 |
| Cost of revenues |  |  |  |
|   Products | 53,303 | 71,057 | 75,040 |
|   Services | 19,201 | 26,733 | 30,490 |
| Total cost of revenues | 72,504 | 97,790 | 105,530 |
| Gross profit | 69,869 | 82,076 | 87,801 |
| Operating expenses: |  |  |  |
|   Research and development, net | 21,912 | 22,407 | 31,464 |
|   Sales and marketing | 25,596 | 33,573 | 36,405 |
|   General and administrative | 16,436 | 18,498 | 26,661 |
|   Restructuring | 321 | - | - |
| Total operating expenses | 64,265 | 74,478 | 94,530 |
| Operating income (loss) | 5,604 | 7,598 | (6,729) |
| Finance income, net | 1,433 | 3,313 | 3,498 |
| Income (loss) before taxes on income (tax benefit) | 7,037 | 10,911 | (3,231) |
| Taxes on income (tax benefit) | (5,392) | 744 | 1,552 |
| Net income (loss) | $ 12,429 | $ 10,167 | $ (4,783) |

|  | Year Ended December 31, | | |
| --- | ---: | ---: | ---: |
|  | 2018 | 2019 | 2020 |
|  | (as a % of revenues) | | |
| Revenues |  |  |  |
|   Products | 88.3% | 87.1% | 85.3% |
|   Services | 11.7 | 12.9 | 14.7 |
| Total revenues | 100 | 100 | 100 |
| Cost of revenues |  |  |  |
|   Products | 37.4 | 39.5 | 38.8 |
|   Services | 13.5 | 14.9 | 15.8 |
| Total cost of revenues | 50.9 | 54.4 | 54.6 |
| Gross profit | 49.1 | 45.6 | 45.4 |
| Operating expenses: |  |  |  |
|   Research and development, net | 15.4 | 12.5 | 16.3 |
|   Sales and marketing | 18.0 | 18.7 | 18.8 |
|   General and administrative | 11.5 | 10.3 | 13.8 |
|   Restructuring | 0.2 | - | 0 |
| Total operating expenses | 45.1 | 41.5 | 48.9 |
| Operating income (loss) | 3.9 | 4.2 | (3.5) |
| Finance income, net | 1 | 1.8 | 1.8 |
| Income (loss) before taxes on income (tax benefit) | 4.9 | 6.1 | (1.7) |
| Taxes on income (tax benefit) | (3.8) | 0.4 | 0.8 |
| Net income (loss) | (8.7)% | 5.7% | (2.5)% |

*Comparison of the Years Ended December 31, 2019 and 2020*

*Revenues*

Revenues increased by $13.5 million, or 7.5%, to $193.3 million in 2020 from $179.9 million in 2019, which is net of $5.1 million and $5.4 million, in 2019 and 2020, respectively, in fair value of the warrants associated with revenues recognized from Amazon. The growth in revenues resulted from: a 18.3% increase in ink and other consumables revenues to $77.1 million in 2020 from $65.2 million in 2019; a 22.1% increase in service revenues to $28.4 million in 2020 from $23.3 million in 2019, and a decrease of 3.9% in systems revenues from $91.4 million in 2019 to $87.8 million in 2020. The $11.9 million increase in ink and other consumables revenues was due to a larger installed base, partially offset by install base transition to HD technology (which does not consume ink and other consumables as much). The $3.6 million decrease in systems revenues was attributable to the initial impact of COVID-19 pandemic on our revenues in the first two quarters of 2020. The increase in our service revenues was due to revenues generated from sale of software subscription and due to an increase in sales of spare parts and service contracts to our expanding installed base as well as an increase in systems upgrades.

*Cost of Revenues and Gross Profit*

Cost of revenues increased by $7.7 million, or 7.9%, to $105.5 million in 2020 from $97.8 million in 2019. Gross profit increased by $5.7 million, or 7.0%, to $87.8 million in 2020 from $82.1 million in 2019. Gross margin slightly decreased to 45.4% in 2020, compared to 45.6% in 2019 due to an increase in headcount and payroll related items in 2020 and an increase in inventory write-offs by $2.4 million in 2020 compared to 2019

*Operating Expenses*

| | Year Ended December 31, | | | | Change | |
| --- | --- | --- | --- | --- | --- | --- |
| | 2019 | | 2020 | | | |
| | Amount | % of Revenues | Amount | % of Revenues | Amount | % |
| | ($ in thousands) | | | | | |
| **Operating expenses:** | | | | | | |
| Research and development, net | $ 22,407 | 12.5% | $ 31,464 | 16.3% | $ 9,057 | 40.4% |
| Sales and marketing | 33,573 | 18.7 | 36,405 | 18.8 | 2,832 | 8.4 |
| General and administrative | 18,498 | 10.3 | 26,661 | 13.8 | 8,163 | 44.1 |
| Total operating expenses | $ 74,478 | 41.5% | $ 94,530 | 48.9% | 20,052 | 26.9% |

*Research and Development, net.* Research and development expenses net of government grants increased by 40.4% in 2020 compared to 2019. This primarily reflected the robust growth in our operations in 2020 and was mainly driven by an increase of $5.5 million in salaries and related personnel expenses and share based compensation due to an increase in the number of employees, with higher seniority and variable compensation payout, compared to 2019; an increase of $1.7 million in materials consumed in research and development activities and an increase of $1.0 million in expenses related to consulting services primarily resulted from the capitalization of internal use software development expenses in 2019, which had the effect of increasing research and development expenses in 2020. As a percentage of total revenues, our research and development expenses increased during this period to 16.3% in 2020 from 12.5% in 2019.

*Sales and Marketing.* Sales and marketing expenses increased by 8.4% in 2020 compared to 2019. This increase was primarily due to: an increase of $5.5 million in salaries and related personnel expenses and share-based compensation expenses, mainly due to a higher average number of employees during 2020 compared to 2019; offset, in part, by a decrease of $2.2 million in travel expenses due to COVID-19 pandemic. As a percentage of total revenues, our sales and marketing expenses slightly increased from 18.7% in 2019 to 18.8% in 2020.

*General and Administrative.* General and administrative expenses increased by 44.1% in 2020 compared to 2019. This primarily resulted from an increase of $3.2 million in salaries, related personnel expenses and share-based compensation expenses mainly due to the hiring of additional personnel and an increase of $1.4 million in consulting services; an increase of $0.8 in directors and officers insurance expenses. As a percentage of total revenues, our general and administrative expenses increased from 10.3% in 2019 to 13.8% in 2020.