# EXHIBIT 2

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

**FORM 20-F**

**(Mark One)**

☐ REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934

OR

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

**For the fiscal year ended December 31, 2021**

OR

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

OR

☐ SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

**Commission file number 001-36903**



**KORNIT DIGITAL LTD.**
(Exact name of Registrant as specified in its charter)

**Israel**
(Jurisdiction of incorporation or organization)

**12 Ha'Amal St.**
**Rosh-Ha'Ayin 4809246, Israel**
(Address of principal executive offices)

**Alon Rozner, Chief Financial Officer**
**Kornit Digital Ltd.**
**12 Ha'Amal St.**
**Rosh-Ha'Ayin 4809246, Israel**
**Tel: +972 3 908-5800**
**Fax: +972 3 908-0280**
(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

Securities registered or to be registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Ordinary shares, par value NIS 0.01 per share | KRNT | The Nasdaq Stock Market LLC |

Securities registered or to be registered pursuant to Section 12(g) of the Act: **None**

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act: **None**

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report:

49,619,782 ordinary shares, par value NIS 0.01 per share, as of December 31, 2021

- the impact of Russia's invasion of Ukraine in February 2022 and trade and monetary sanctions in response to such developments on the markets in which we operate;

- risks associated with trade restrictions and foreign legal requirements, including the importation, certification, and localization of our solutions required in foreign countries, such as high import taxes in Brazil and other Latin American markets where we sell our products;

- greater risk of unexpected changes in regulatory practices, tariffs, and tax laws and treaties;

- the uncertainty of protection for intellectual property rights in some countries;

- greater risk of a failure of employees to comply with both U.S. and foreign laws, including antitrust regulations, the U.S. Foreign Corrupt Practices Act, or FCPA, the European Union General Data Protection Regulation, or GDPR (which broadened the scope of personal privacy laws to protect the rights of European Union citizens and requires organizations to report on data breaches promptly and obtain the consent of individuals on how their data can be used), the California Consumer Privacy Act, or CCPA (which imposes enhanced disclosure requirements for us vis-à-vis our interactions with customers that are residents of California), and any trade regulations ensuring fair trade practices; and

- heightened risk of unfair or corrupt business practices in certain regions and of improper or fraudulent sales arrangements that may impact financial results and result in restatements of, or irregularities in, financial statements.

Any of these risks could adversely affect our international operations, reduce our revenues from outside the United States or increase our operating costs, adversely affecting our business, results of operations and financial condition and growth prospects. There can be no assurance that all of our employees and channel partners will comply with the formal policies that we have in place and/or will implement, or applicable laws and regulations. Violations of laws or key control policies by our employees and channel partners could result in delays in revenue recognition, financial reporting misstatements, fines, penalties or the prohibition of the importation or exportation of our software and services and could have a material adverse effect on our business and results of operations.

*We manufacture and sell products that may create exposure to product liability, warranty liability, or personal injury claims and litigation that may harm our business and results of operations.*

Product quality and safety issues could negatively impact consumer confidence in our brand and our business. Our products may not successfully achieve applicable safety standards or customers' expectations regarding safety or quality. Our products may contain or, be alleged to contain, components containing hazardous materials that may present certain health, safety, or quality concerns. Additionally, from time to time, system errors and/or deficiencies may be discovered in the design, manufacturing, assembling, labeling and product formulations of our systems, ink, and other consumables, and associated software. Hazardous materials, errors, and/or deficiencies may also be identified in materials, components, and systems produced by others and used with or incorporated into our products. Some of these issues may not be apparent until after certain products are installed or used by customers, including in circumstances where a product is first introduced or a new version is released. We expect that these errors or defects will be found from time to time in new or enhanced systems after commencement of commercial distribution or upon software upgrades.

To the extent that any error, deficiency, or hazardous component (which presents a safety concern) exists in any of our products and is not discovered and corrected before a product is introduced to the market, such product could be unsafe and/or could cause damage, including property damage, personal injury, or death. In such circumstances, the actual, potential, or perceived product safety concerns and/or defects in the manufacturing or design, a failure to warn of dangers inherent in the product, negligence, or strict liability could expose us to litigation relating to product liability, warranty liability, or personal injury, as well as government enforcement actions.

13

In June 2019 we introduced to the market the Kornit Konnect, our cloud-based, software analytics connectivity platform that enables businesses to maximize productivity of their digital printing solutions. In its first phase, the Kornit Konnect enables businesses to monitor production, analyze insights and manage their fleet, in order to eliminate blind spots. It includes a fleet management dashboard, data driven benchmarks, actual production costs, and cost structures per job, making it easy for businesses to learn more, react faster and perform better.

In August 2020, we acquired Custom Gateway, a leading global provider of cloud-based software workflow solutions for both B2B and B2C business models. Custom Gateway's solution enables Kornit to offer customers an end-to-end solution for on-demand production.

KornitX's technology, which is based on our acquisition of Custom Gateway, connects front end, web-based demand generators such as on-line stores and on-line brands as well as licensors with a digitized fulfillment process, enabling a digitized on-demand manufacturing process. With KornitX's production floor solution, orders are routed and managed to facilitate efficient on-demand production on a mass scale. The technology enables customers to realize the full efficiency, scalability and profitability benefits of digitization by seamlessly connecting the front end whether online or storefront, to the most suitable back-end element.

KornitX's solution also enables us to facilitate smart connectivity, for operational and business transactions between multiple stakeholders in the on-demand manufacturing ecosystem, such as brands, licensors, retailers, blank providers and digital printers.

**Our Services**

Our services consist of maintenance and support, consulting and professional services. We are seeking to increase the number of customers that rely on us to provide services for their systems by expanding our service capabilities. As of December 31, 2021, we had service contracts in place with approximately 43% of our industrial and mass production installed base. Starting in 2020, this rate began to increase, as according to our policy, each industrial system is now sold along with a service contract. Service revenues exceeded 10% of our overall revenues for the first time in 2017 and, in 2021, amounted to $39.4 million. In addition to driving gross margin improvement, this provides us an opportunity for direct contact with customers with the goal of reducing system down-time, educating customers about optimal use of our systems to drive increased utilization, expanding the variety of print applications and increasing sales of post-warranty service contracts and other professional application development services. These will ultimately assist our customers to increase system utilization and the number of impressions printed.

**Maintenance and Support**

Starting in 2019, we typically provide a six-month warranty, which covers parts, labor, and remote support. Our customers also usually purchase an additional year of support coverage at the time of purchase. After this period, customers can renew their support contract by purchasing a support package that includes remote support, on-site support, software updates, and on-site yearly maintenance. Alternatively, they can choose to rely on our support on a time-and-materials basis. In the United States, we provide direct service to all of our customers. In the EMEA region, we provide direct service to more than half of our install base, while the other half receives that support through our independent distributors. In the Asia Pacific region, service is provided by our independent distributors, and we provide second line support, if needed.

**Professional Services**

Our systems are designed such that customers can operate them without the assistance of our company or our independent distributors. However, we provide the Customer Empowerment Program to ensure an efficient knowledge-transfer process and to help our customers become proficient and independent at operating their systems in a short period of time

*Comparison of the Years Ended December 31, 2020 and 2021*

The following tables present a comparison of the various components of our results of operations for the years ended December 31, 2020 and 2021, both in absolute amounts and as a percentage of our revenues in those respective years.

| | Year Ended December 31, | |
| --- | --- | --- |
| | 2020 | 2021 |
| | (in thousands) | |
| Revenues | | |
| Products | $ 164,918 | $ 282,637 |
| Services | 28,413 | 39,369 |
| Total revenues | 193,331 | 322,006 |
| Cost of revenues | | |
| Products | 75,040 | 132,730 |
| Services | 30,490 | 37,365 |
| Total cost of revenues | 105,530 | 170,095 |
| Gross profit | 87,801 | 151,911 |
| Operating expenses: | | |
| Research and development, net | 31,464 | 43,729 |
| Sales and marketing | 36,405 | 58,752 |
| General and administrative | 26,661 | 36,637 |
| Total operating expenses | 94,530 | 139,118 |
| Operating income (loss) | (6,729) | 12,793 |
| Finance income, net | 3,498 | 2,599 |
| Income (loss) before taxes on income (tax benefit) | (3,231) | 15,392 |
| Taxes on income (tax benefit) | 1,552 | (135) |
| Net income (loss) | $ (4,783) | $ 15,527 |

| | Year Ended December 31, | |
| --- | --- | --- |
| | 2020 | 2021 |
| | (as a % of revenues) | |
| Revenues | | |
| Products | 85.3% | 87.8% |
| Services | 14.7 | 12.2 |
| Total revenues | 100 | 100 |
| Cost of revenues | | |
| Products | 38.8 | 41.2 |
| Services | 15.8 | 11.6 |
| Total cost of revenues | 54.6 | 52.8 |
| Gross profit | 45.4 | 47.2 |
| Operating expenses: | | |
| Research and development, net | 16.3 | 13.6 |
| Sales and marketing | 18.8 | 18.2 |
| General and administrative | 13.8 | 11.4 |
| Total operating expenses | 48.9 | 43.2 |
| Operating income (loss) | (3.5) | 4.0 |
| Finance income, net | 1.8 | 0.8 |
| Income (loss) before taxes on income (tax benefit) | (1.7) | 4.8 |
| Taxes on income (tax benefit) | 0.8 | (0.04) |
| Net income (loss) | (2.5)% | 4.8% |

*Revenues*

Revenues increased by $128.7 million, or 66.6%, to $322.0 million in 2021 from $193.3 million in 2020, which is net of $5.4 million and $25.4 million, in 2020 and 2021, respectively, in fair value of the warrants associated with revenues recognized from Amazon. The growth in revenues resulted from: an increase of 105.8% in systems revenues from $87.8 million in 2020 to $180.7 million in 2021, a 31.2% increase in ink and other consumables revenues to $101.2 million in 2021 from $77.1 million in 2020; a 38.7% increase in service revenues to $39.4 million in 2021 from $28.4 million in 2020. The $24.0 million increase in ink and other consumables revenues was due to a larger installed base, partially offset by a transition in our installed base to HD technology which consumes a lower amount of ink and other consumables on a relative basis. The increase in our service revenues was due to revenues generated from sale of software subscriptions, and due to an increase in sales of spare parts and service contracts to our larger installed base, as well as an increase in systems upgrades.

*Cost of Revenues and Gross Profit*

Cost of revenues increased by $64.6 million, or 61.2%, to $170.1 million in 2020 from $105.5 million in 2020. Gross profit increased by $64.1 million, or 73.0%, to $151.9 million in 2021 from $87.8 million in 2020. Gross margin increased to 47.2% in 2021 compared to 45.4% in 2020 due to an increase in our sales of Atlas and Atlas Max systems, and the contribution of ink and consumables to the gross margin.

*Operating Expenses*

| | Year Ended December 31, | | | | Change | |
| | 2020 | | 2021 | | | |
| | Amount | % of Revenues | Amount | % of Revenues | Amount | % |
| | | | ($ in thousands) | | | |
| **Operating expenses:** | | | | | | |
| Research and development, net | $ 31,464 | 16.3% | $ 43,729 | 13.6% | $ 12,265 | 39.0% |
| Sales and marketing | 36,405 | 18.8 | 58,752 | 18.2 | 22.347 | 61.4 |
| General and administrative | 26,661 | 13.8 | 36,637 | 11.4 | 9,976 | 37.4 |
| Total operating expenses | $ 94,530 | 48.9% | $ 139,118 | 43.2% | $ 44,588 | 47.2% |

*Research and Development, net.* Research and development, or R&D, expenses, net of government grants, increased by 39.0% in 2021 compared to 2020. This primarily reflected the robust growth in our operations in 2021 and was mainly driven by our continued investment in innovation, new products and the additional costs of Voxel 8. The increased net R&D expenses mainly related to personnel expenses and share-based compensation due to an increase in the number of employees, with higher seniority and variable compensation payout, compared to 2020. As a percentage of total revenues, our R&D expenses decreased to 13.6% in 2021 from 16.3% in 2020.

*Sales and Marketing.* Sales and marketing expenses increased by 61.4% in 2021 compared to 2020. This increase was primarily due to our continued efforts and investment to enhance our go-to-market, or GTM, strategy**,** as well as various marketing projects, activities and events with customers. As a percentage of total revenues, our sales and marketing expenses decreased from 18.8% in 2020 to 18.2% in 2021.

63