# EXHIBIT 3

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

**FORM 20-F**

**(Mark One)**
☐ **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2019**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☐ **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission file number 001-36903**



**KORNIT DIGITAL LTD.**
(Exact name of Registrant as specified in its charter)

**Israel**
(Jurisdiction of incorporation or organization)

**12 Ha'Amal St.**
**Rosh-Ha'Ayin 4809246, Israel**
(Address of principal executive offices)

**Guy Avidan**
**Chief Financial Officer**
**Kornit Digital Ltd.**
**12 Ha'Amal St.**
**Rosh-Ha'Ayin 4809246, Israel**
**Tel: +972 3 908-5800**
**Fax: +972 3 908-0280**
(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

Securities registered or to be registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Ordinary shares, par value NIS 0.01 per share | KRNT | The Nasdaq Stock Market LLC |

Securities registered or to be registered pursuant to Section 12(g) of the Act: **None**

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act: **None**

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report:

As of December 31, 2019, the registrant had outstanding 40,684,340 ordinary shares, par value NIS 0.01 per share

- prevent us from manufacturing, importing, using, or selling some or all of our solutions;

- disrupt our operations or the markets in which we compete;

- impose costly damage awards;

- require us to indemnify our distributors and customers; and

- require us to pay royalties.

***We may become subject to claims for remuneration or royalties for assigned service invention rights by our employees, which could result in litigation and adversely affect our business.***

A significant portion of our intellectual property has been developed by our employees in the course of their employment for us. Under the Israeli Patent Law, 5727-1967, or the Patent Law, inventions conceived by an employee in the course and as a result of or arising from his or her employment with a company are regarded as "service inventions," which belong to the employer, absent a specific agreement between the employee and employer giving the employee proprietary rights. The Patent Law also provides under Section 134 that if there is no agreement between an employer and an employee as to whether the employee is entitled to consideration for service inventions, and to what extent and under which conditions, the Israeli Compensation and Royalties Committee, or the Committee, a body constituted under the Patent Law, shall determine these issues. Section 135 of the Patent law provides criteria for assisting the Committee in making its decisions. According to case law handed down by the Committee, an employee's right to receive consideration for service inventions is a personal right and is entirely separate from the proprietary rights in such invention. Therefore, this right must be explicitly waived by the employee. A decision handed down in May 2014 by the Committee clarifies that the right to receive consideration under Section 134 can be waived and that such waiver can be made orally, in writing or by behavior like any other contract. The Committee will examine, on a case by case basis, the general contractual framework between the parties, using interpretation rules of the general Israeli contract laws. Further, the Committee has not yet determined one specific formula for calculating this remuneration, nor the criteria or circumstances under which an employee's waiver of his right to remuneration will be disregarded. Similarly, it remains unclear whether waivers by employees in their employment agreements of the alleged right to receive consideration for service inventions should be declared as void being a depriving provision in a standard contract. We generally enter into assignment-of-invention agreements with our employees pursuant to which such individuals assign to us all rights to any inventions created in the scope of their employment or engagement with us. Although our employees have agreed to assign to us service invention rights and have specifically waived their right to receive any special remuneration for such service inventions beyond their regular salary and benefits, we may face claims demanding remuneration in consideration for assigned inventions.

***Undetected defects in the design or manufacturing of our products may harm our business and results of operations.***

Our systems, ink and other consumables, and associated software may contain undetected errors or defects when first introduced or as new versions are released. We have experienced these errors or defects in the past during the introduction of new systems and system upgrades. We expect that these errors or defects will be found from time to time in new or enhanced systems after commencement of commercial distribution or upon software upgrades. These problems may cause us to incur significant warranty and repair costs, divert the attention of our engineers from our product development and customer service efforts and harm our reputation. We may experience a delay in revenue recognition or collection of due payments from relevant customers as a result of our systems' inability to meet agreed performance metrics. In addition, the use of third-party inks may harm the operation of our systems and reduce customer satisfaction with them, which could harm our reputation and adversely affect sales of our systems. We may also be subject to liability claims for damages related to system errors or defects. Although we carry insurance policies covering this type of liability, these policies may not provide sufficient protection should a claim be asserted against us. Any product liability claim brought against us could force us to incur significant expenses, divert management time and attention, and harm our reputation and business. In addition, costs or payments made in connection with warranty and product liability claims and system recalls could materially affect our financial condition and results of operations.

15

In 2018 we introduced to market a new professional RIP software specifically designed in full collaboration with ColorGate. This new offering allows our customers to enhance our systems' performance in the areas of print quality and color management, allowing them to achieve superior results and manage high-end color demanding applications. The combination of this new product offering, together with our HD technology, also serves our screen-printing replacement strategy, allowing our customers to achieve color accuracy and matching to screen prints.

In June 2019 we introduced to the market the Kornit Konnect, our new cloud-based, software analytics connectivity platform that enables businesses to maximize productivity of their digital printing solutions. In its first phase, the Kornit Konnect enables businesses to monitor production, analyze insights and manage their fleet, in order to eliminate blind spots.  It includes a fleet management dashboard, data driven benchmarks, actual production costs, and cost structures per job, making it easy for businesses to learn more, react faster and perform better.

**Our Services**

Our services consist of maintenance and support, and professional services. We are seeking to increase the number of customers that rely on us to provide services for their systems by expanding our service capabilities. As of December 31, 2019, we had service contracts in place with approximately 32% of our industrial and mass production installed base. Starting in 2020, we expect this rate to increase, as according to our new policy, each industrial system will be sold along with a service contract. Service revenues exceeded 10% of our overall revenues for the first time in 2017 and, in 2019, amounted to $23.3 million. In addition to driving gross margin improvement, we believe this will provide us an opportunity for direct contact with customers with the goal of reducing system down-time, educating customers about optimal use of our systems to drive increased utilization, expanding the variety of print applications and increasing sales of post-warranty service contracts and other professional application development services.

**Maintenance and Support**

Starting in 2019, we provide a six-month warranty, which covers parts, labor, and remote support. Our customers can also purchase an additional year of support coverage at the time of purchase. After this period, customers can renew their support contract by purchasing a support package that includes remote support, on-site support, software updates, and on-site yearly maintenance.  Alternatively, they can choose to rely on our support on a time-and-materials basis. In the United States, we provide direct service to all of our customers. In the EMEA region, we provide direct service to nearly half of our install base, while the other half receives that support through our independent distributors. In the Asia Pacific region, service is provided by our independent distributors, and we provide second line support, if needed.

**Professional Services**

Our systems are designed such that customers can operate them without the assistance of our company or our independent distributors. However, we provide the Customer Empowerment Program to ensure an efficient knowledge-transfer process and to help our customers become proficient and independent at operating their systems in a short period of time

The Customer Empowerment Program is composed of four touchpoints:

- Digital Touchpoint: This is available before the system is installed at the customer site. Includes access to a variety of online tutorials and documentation.

- Basic Technical and Application Training: Consists of a five-day course in our training center. Includes an overview of the system and involves practice by the customer performing typical maintenance, application, and operation procedures.

- Installation Training – Consists of three days on-site during the installation of the system, to ensure that the machine is up-and-running as expected.

- Ramp-up Training – Three to five days of professional services.  Includes customized consulting aimed at optimizing the use of our systems. These professional services are provided at our regional offices or on-site at the customer.

*Finance Income, Net*

Finance income, net consists of interest income and foreign currency exchange gains or losses. Foreign currency exchange changes reflect gains or losses related to changes in the value of our non-U.S. dollar denominated financial assets, primarily cash and cash equivalents, and trade payables and receivables. As of December 31, 2019, we did not have any indebtedness for borrowed amounts. Interest income consists of interest earned on our cash, cash equivalents, short-term bank deposits and marketable securities, offset by amortization of premium on marketable securities. We expect interest income to vary depending on our average investment balances and market interest rates during each reporting period.

*Taxes on Income*

The corporate tax rate in Israel was 24% in 2017 and was reduced to 23% for 2018 and all subsequent years. However, as discussed in greater detail below under "Taxation and Israeli Government Programs Applicable To Our Company — Israeli Tax Considerations and Government Programs," we and our wholly-owned Israeli subsidiary, Kornit Technologies, are entitled to various tax benefits under the Israeli Law for the Encouragement of Capital Investments, 1959, or the Investment Law.

Starting January 1, 2014 and based on the Israeli law, we consolidate the two separate results of our Israeli operations only for tax purposes such that net operating loss carryforwards of Kornit Technologies generated from 2014 onwards can be used to offset Israeli taxable income from us. Kornit Technologies currently generates enough carryforward net operating losses to offset the taxable income of the parent. Accordingly, we were not subject to effective income tax in Israel in 2017, 2018 or 2019, and our effective tax rate was the blended rate of our Israeli tax and those of our non-Israeli subsidiaries in their respective jurisdictions of organization. [NATY – done 19.3.20]

Under the Investment Law and other Israeli legislation, we are entitled to certain additional tax benefits, including accelerated depreciation and amortization rates for tax purposes on certain assets, deduction of public offering expenses in three equal annual installments and amortization of other intangible property rights for tax purposes.

**Comparison of Period to Period Results of Operations**

| | Year Ended December 31, | | |
|---|---|---|---|
| | **2017** | **2018** | **2019** |
| | (in thousands) | | |
| Revenues | | | |
| Products | $ 101,953 | $ 125,729 | $ 156,594 |
| Services | 12,135 | 16,644 | 23,272 |
| Total revenues | 114,088 | 142,373 | 179,866 |
| Cost of revenues | | | |
| Products | 46,480 | 53,303 | 71,057 |
| Services | 13,497 | 19,201 | 26,733 |
| Total cost of revenues | 59,977 | 72,504 | 97,790 |
| Gross profit | 54,111 | 69,869 | 82,076 |
| Operating expenses: | | | |
| Research and development | 20,834 | 21,912 | 22,407 |
| Sales and marketing | 21,279 | 25,596 | 33,573 |
| General and administrative | 13,578 | 16,436 | 18,498 |
| Restructuring expenses | 503 | 321 | - |
| Total operating expenses | 56,194 | 64,265 | 74,478 |
| Operating income (loss) | (2,083) | 5,604 | 7,598 |
| Finance income, net | 452 | 1,433 | 3,313 |
| Income (loss) before taxes on income (tax benefit) | (1,631) | 7,037 | 10,911 |
| Taxes on income (tax benefit) | 384 | (5,392) | 744 |
| Net income (loss) | $ (2,015) | $ 12,429 | $ 10,167 |

49

|  | Year Ended December 31, | | |
| --- | --- | --- | --- |
|  | **2017** | **2018** | **2019** |
|  | (as a % of revenues) | | |
| Revenues |  |  |  |
|   Products | 89.4% | 88.3% | 87.1% |
|   Services | 10.6 | 11.7 | 12.9 |
| Total revenues | 100 | 100 | 100 |
| Cost of revenues |  |  |  |
|   Products | 40.8 | 37.4 | 39.5 |
|   Services | 11.8 | 13.5 | 14.9 |
| Total cost of revenues | 52.6 | 50.9 | 54.4 |
| Gross profit | 47.4 | 49.1 | 45.6 |
| Operating expenses: |  |  |  |
|   Research and development | 18.3 | 15.4 | 12.5 |
|   Sales and marketing | 18.7 | 18.0 | 18.7 |
|   General and administrative | 11.9 | 11.5 | 10.3 |
|   Restructuring expenses | 0.4 | 0.2 | - |
| Total operating expenses | 49.3 | 45.1 | 41.5 |
| Operating income (loss) | (1.8) | 3.9 | 4.2 |
| Finance income, net | 0.4 | 1 | 1.8 |
| Income (loss) before taxes on income (tax benefit) | (1.4) | 4.9 | 6.1 |
| Taxes on income (tax benefit) | 0.3 | (3.8) | 0.4 |
| Net income (loss) | (1.8)% | 8.7% | 5.7% |

***Comparison of the Years Ended December 31, 2018 and 2019***

*Revenues*

Revenues increased by $37.5 million, or 26.3%, to $179.9 million in 2019 from $142.4 million in 2018, which is net of $5.1 million and $4.6 million, in 2019 and 2018, respectively, in fair value of the warrants associated with revenues recognized from Amazon. The growth in revenues resulted from: a 8.9% increase in ink and other consumables revenues to $65.2 million in 2019 from $59.9 million in 2018; a 39.8% increase in service revenues to $23.3 million in 2019 from $16.6 million in 2018, and an increase of 38.8% in systems revenues from $65.8 million in 2018 to $91.4 million in 2019. The $5.3 million increase in ink and other consumables revenues was due to a larger installed base, partially offset by install base transition to HD technology (which does not consume ink and other consumables as much). The $25.5 million increase in systems revenues was attributable to the launch of new systems and upgrades, which resulted in accelerated growth of our install base. The increase in our services revenues was due to an increase in sales of spare parts and service contracts to our installed base as well as an increase in systems upgrades.

*Cost of Revenues and Gross Profit*

Cost of revenues increased by $25.3 million, or 34.9%, to $97.8 million in 2019 from $72.5 million in 2018. Gross profit increased by $12.2 million, or 17.5%, to $82.1 million in 2019 from $69.9 million in 2018. Gross margin decreased to 45.6% in 2019, compared to 49.1% in 2018 as a result of the following factors: an additional $3.0 million of cost of revenues incurred related to an acquisition in 2019; less favorable product mix in 2019; and an increase in inventory write-offs by $1.0 million in 2019 compared to 2018.