# EXHIBIT 4

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549**

**FORM 20-F**

(Mark One)

☐ **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2022**

OR

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

OR

☐ **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission file number 001-36903**



**KORNIT DIGITAL LTD.**
(Exact name of Registrant as specified in its charter)

**Israel**
(Jurisdiction of incorporation or organization)

**12 Ha'Amal St.
Rosh-Ha'Ayin 4809246, Israel**
(Address of principal executive offices)

**Lauri Hanover, Chief Financial Officer
Kornit Digital Ltd.
12 Ha'Amal St.
Rosh-Ha'Ayin 4809246, Israel
Tel: +972 3 908-5800
Fax: +972 3 908-0280**
(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

Securities registered or to be registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Ordinary shares, par value NIS 0.01 per share | KRNT | The Nasdaq Stock Market LLC |

Securities registered or to be registered pursuant to Section 12(g) of the Act: **None**

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act: **None**

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report:

**49,952,942 ordinary shares, par value NIS 0.01 per share, as of December 31, 2022**

*Expanding our GTM*

We continue to strategically invest in our go-to-market infrastructure across geographies, including in our sales, applications, and services teams. While maintaining an overall hybrid go-to-market strategy that includes both indirect and direct sales, we have adopted a direct sales model in North America, Germany, Poland, and the United Kingdom, and are assessing moving towards that model in additional key markets. In North America, we initiated the transition towards direct sales via our acquisition of the U.S.-based digital DTG printing assets of SPSI in 2016, in which we acquired an increasing number of larger accounts, which require a more direct relationship between our company and the related customers. We completed the transition in North America to a full direct sales model in February 2019, with our acquisition of customer business assets from Hirsch, our former primary distributor in the United States and Canada. By fostering direct sales relationships with our North American customers, we have been deepening our relationship with them, and better aligning our product roadmap to meet their needs.

Strategic accounts are an important and valued part of our business and future growth, and we continue to make the appropriate investments in ensuring we serve their needs as it comes to sales, application consulting and services support. We expect to continue developing our strategic accounts practice in a combination of dedicated regional and corporate resources as we strive to help these important customers improve their business performances by delivering best-in-class customer experience.

We are seeking to increase the number of customers that rely on us to provide services for their systems by expanding our service capabilities and driving adoption of our portfolio of services contracts. As of December 31, 2022, we had service contracts in place with approximately 44% of our industrial and mass production installed base. Service revenues were $49.0 million in 2022. In addition to driving gross margin improvement, we believe this provides us with an opportunity to work directly with customers with the goal of reducing system down-time, educating customers on how to optimally use our systems to drive increased utilization and growth in impressions printed, expanding the variety of print applications, as well as increasing sales of post-warranty service contracts and other professional application development services.

*Extend our leadership position through acquisitions and strategic partnerships*

We seek to continue to differentiate ourselves and extend our leadership position. From time to time, we may supplement our internal efforts with complementary inorganic initiatives such as acquisitions and strategic partnerships to enhance our positioning. For example, our acquisition of Polymeric Imaging in 2015 expanded our ink technology capabilities, our acquisitions of the digital DTG printing assets of SPSI in 2016 enabled us to strengthen our direct sales channel and gain access to a large screen-printing customer base, and the acquisition of business assets from Hirsch in 2019 helped us transition to a full direct sales model in North America.

Our acquisition of Custom Gateway, a provider of cloud-based software workflow solutions with innovative technology, in August 2020, enabled us to offer an end-to-end on-demand production solution for our customers. Upon the acquisition of Custom Gateway and the integration of its solution, we established Kornit$^X$. We aim to strengthen and expand the Kornit$^X$ solution both organically and inorganically. Some of the inorganic directions we are strategically exploring include technological components in the connectivity layer of Kornit$^X$, such as automation, AI and data-driven decision making, and enriching our front-end offering with tools such as virtual creation, content management, marketplaces, and visualization. We expect the combination of Kornit$^X$ software workflow portfolio with our existing and future technologies to bring to the market an end-to-end solution for on-demand production.

Our acquisition of the assets of Voxel8, an advanced additive manufacturing technology for textiles, provides us digital fabrication of functional features with zonal control of material properties, in addition to the use of high-performance elastomers that adhere to inkjet technology. Our acquisition of Tesoma, a provider of high-quality engineering and high-performance, cutting-edge, textile curing solutions, which closed in April 2022, is an important part of our strategy to add smart automation capabilities within our innovative, sustainable, on-demand production solutions, empowering customers to improve productivity, optimize quality, and reduce the total cost of ownership-all in a more sustainable production environment. Each of these acquisitions has enhanced the positioning of our company. Future acquisitions may also allow us to strengthen our existing portfolio of solutions or add new capabilities.

*General and Administrative Expenses.* The largest component of our general and administrative expenses is salaries and related personnel expenses for our executive officers, financial staff, information technology staff, and human resources staff. General and administrative costs also include fees for accounting and legal services, insurance and costs for facilities, including rent payments under our facilities leases, partially allocated to other departments.

*Finance Income, Net*

Finance income, net consists of interest income and foreign currency exchange gains or losses. Foreign currency exchange changes reflect gains or losses related to changes in the value of our non-U.S. dollar denominated financial assets, primarily cash and cash equivalents, and trade payables and receivables. As of December 31, 2022, we did not have any indebtedness for borrowed amounts. Interest income consists of interest earned on our cash, cash equivalents, short-term bank deposits and marketable securities, offset by amortization of premium on marketable securities. We expect interest income to vary depending on our average investment balances and market interest rates during each reporting period.

*Taxes on Income*

The corporate tax rate in Israel has been 23% for 2018 and all subsequent years. However, as discussed in greater detail below under "Taxation and Israeli Government Programs Applicable To Our Company - Israeli Tax Considerations and Government Programs," we and our wholly owned Israeli subsidiary, Kornit Digital Technologies Ltd., which we refer to as Kornit Technologies, are entitled to various tax benefits under the Israeli Law for the Encouragement of Capital Investments, 1959, or the Investment Law.

We consolidate the two separate results of our Israeli operations only for tax purposes such that net operating loss carryforwards of Kornit Technologies generated from 2014 onwards can be used to offset our taxable income. Kornit Technologies currently has enough carryforward net operating losses to offset our taxable income.

Beginning in January 2019, and with respect to its taxable results from 2019 onwards, our Israeli subsidiary further elected to apply the terms of the Investments Law as per its "Preferred Technological Enterprise," or PTE, status. In each of 2020, 2021, and 2022, our effective tax rate was the blended rate of our Israeli tax and those of our non-Israeli subsidiaries in their respective jurisdictions of organization.

**Comparison of Period-to-Period Results of Operations**

We provide in this section data, as well as discussion and analysis, with respect to our results of operations for the last two years. While our statements of operations in Item 18 of this annual report cover each of the three years ended December 31, 2020, 2021, and 2022, the data, and discussion and analysis, in this Item 5.A do not address the year ended December 31, 2020, or a comparison of that year to the year ended December 31, 2021. In order to view that data, and discussion and analysis, please see "ITEM 5. Operating and Financial Review and Prospects - A. Operating Results - Comparison of Period-to-Period Results of Operations - Comparison of the Years Ended December 31, 2020 and 2021" in our Annual Report on Form 20-F for the year ended December 31, 2021, which we filed with the SEC on March 30, 2022.

*Comparison of the Years Ended December 31, 2022 and 2021*

The following tables present a comparison of the various components of our results of operations for the years ended December 31, 2022 and 2021, both in absolute amounts and as a percentage of our revenues in those respective years.

|  | Year Ended December 31, | |
| --- | ---: | ---: |
|  | 2021 | 2022 |
|  | (in thousands) | |
| Revenues | | |
|   Products | $ 282,637 | $ 222,502 |
|   Services | 39,369 | 49,016 |
| Total revenues | 322,006 | 271,518 |
| Cost of revenues | | |
|   Products | 132,730 | 125,935 |
|   Services | 37,365 | 49,083 |
| Total cost of revenues | 170,095 | 175,018 |
| Gross profit | 151,911 | 96,500 |
| Operating expenses: | | |
|   Research and development, net | 43,729 | 56,026 |
|   Sales and marketing | 58,752 | 71,067 |
|   General and administrative | 36,637 | 39,289 |
| Total operating expenses | 139,118 | 166,382 |
| Operating income (loss) | 12,793 | (69,882) |
| Finance income, net | 2,599 | 13,382 |
| Income (loss) before taxes on income (tax benefit) | 15,392 | (56,500) |
| Taxes on income (tax benefit) | (135) | 22,565 |
| Net income (loss) | $ 15,527 | $ (79,065) |

|  | Year Ended December 31, | |
|---|---|---|
|  | **2021** | **2022** |
|  | (as a % of revenues) | |
| Revenues | | |
|   Products | 87.8% | 81.9% |
|   Services | 12.2 | 18.1 |
| Total revenues | 100 | 100 |
| Cost of revenues | | |
|   Products | 41.2 | 46.4 |
|   Services | 11.6 | 18.1 |
| Total cost of revenues | 52.8 | 64.5 |
| Gross profit | 47.2 | 35.5 |
| Operating expenses: | | |
|   Research and development, net | 13.6 | 20.6 |
|   Sales and marketing | 18.2 | 26.2 |
|   General and administrative | 11.4 | 14.5 |
| Total operating expenses | 43.2 | 61.3 |
| Operating income (loss) | 4.0 | (25.8) |
| Finance income, net | 0.8 | 5.0 |
| Income (loss) before taxes on income (tax benefit) | 4.8 | (20.8) |
| Taxes on income (tax benefit) | (0.04) | 8.3 |
| Net income (loss) | 4.8% | (29.1)% |

*Revenues*

Revenues decreased by $50.5 million, or 15.7%, to $271.5 million in 2022 from $322.0 million in 2021, which is net of $25.4 million and $22.5 million, in 2021 and 2022, respectively, in fair value of the warrants associated with revenues recognized from Amazon. The decline in revenues was primarily driven by a 34.4% decrease in systems revenues to $119.1 in 2022 from $181.4 million in 2021, offset in part by (i) a 2.2% increase in ink and other consumables revenues to $103.4 million in 2022 from $101.2 million in 2021 and (ii) a 24.5% increase in service revenues to $49.0 million in 2022 from $39.4 million in 2021. The $62.3 million decrease in systems revenues was attributable to macro-related headwinds and other pressures, which continue to impact customers' systems purchasing decisions. The $2.2 million increase in ink and other consumables revenues was due to a larger installed base, partially offset by a transition in our installed base to HD technology, which consumes a lower amount of ink and other consumables on a relative basis. The increase in our service revenues was due mainly to (i) sales of spare parts and service contracts on a larger installed base, as well as an increase in systems upgrades and (ii) service revenues associated with the Tesoma acquisition.

*Cost of Revenues and Gross Profit*

Cost of revenues increased by $4.9 million, or 2.9%, to $175.0 million in 2022 from $170.1 million in 2021. Gross profit decreased by $55.4 million, or 36.5%, to $96.5 million in 2022 from $151.9 million in 2021. Gross margin decreased to 35.5% in 2022 compared with 47.2% in 2021. The reduced gross profit and gross margin reflect significantly lower year-over-year systems revenues, particularly when compared with our fixed costs and infrastructure, which are designed to be profitable at a materially higher revenue run rate, as well as the higher inventory write-offs in 2022 compared with 2021.