# EXHIBIT 8

Equity Research
Global Industrial Infrastructure | Advanced Manufacturing

**William Blair**

May 11, 2022

# Kornit Digital Ltd.

### First-Quarter Revenue and Earnings Above Consensus; Macro Volatility Presenting Near-Term Headwinds

**Brian Drab, CFA**  +1 312 364 8280
bdrab@williamblair.com

**Blake Keating**  +1 312 364 8673
bkeating@williamblair.com

**Tyler Hutin, CFA**  +1 312 364 5129
thutin@williamblair.com

| Stock Rating: | Outperform |
|---|---|

| | |
|---|---|
| Symbol: | KRNT (NASDAQ) |
| Price: | $56.41 (52-Wk.: $53-$181) |
| Market Value (M): | $2,803 |
| Dividend/Yield: | $0.00/0.00% |
| Fiscal Year End: | December |

| | | 2021A | 2022E | 2023E |
|---|---|---|---|---|
| **Estimates** | | | | |
| EPS | Q1 | $0.23 | $0.15 | - |
| | Q2 | $0.35 | $0.27 | - |
| | Q3 | $0.40 | $0.35 | - |
| | Q4 | $0.29 | $0.36 | - |
| | FY | $1.27 | $1.14 | $1.55 |
| Sales (M) | FY | $347.4 | $445.3 | $556.6 |
| **Valuation** | | | | |
| FY P/E | | 44.5x | 49.6x | 36.3x |
| CY P/E | | 44.5x | 49.6x | 36.3x |
| EV/Sales | | 6.4x | 5.0x | 4.0x |

| Trading Data (FactSet) | |
|---|---|
| Shares Outstanding (M): | 49.7 |
| Float (M): | 49.6 |
| Avg. Daily Volume (90-day): | 460,658 |

| Financial Data (FactSet) | |
|---|---|
| Book Value Per Share (MRQ): | $18.53 |
| Return on Equity (TTM): | 2.2% |
| Enterprise Value (M): | $2,209 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

**Summary.** Although FactSet correctly reported Kornit's results relative to consensus, other aggregators reported misleading headline figures. Adjusting for the fair value of warrants, first-quarter revenue and EPS both came in above consensus estimates and on the upper end of management's guidance. Kornit reported first-quarter GAAP revenue of $83.3 million, but significant sales to Amazon (AMZN $2,177.18; Outperform) in the quarter resulted in the issuance of warrants valued at $8.0 million, an amount that the company is required to subtract from actual revenue generated in order to calculate the reported figure. Therefore, for direct comparison to the consensus estimate, the $8.0 million needs to be added back. Kornit generated another record quarter for revenue, totaling $91.3 million (up 32% year-over-year), which was above the $88 million consensus estimate and on the upper end of management's guidance range of $87 million to $91 million. Adjusting for the warrants down the income statement: gross margin was 46.6% versus 49.5% consensus, operating margin was 8.0% versus 8.1% consensus, and adjusted EPS were $0.16 versus $0.13 consensus.

Management also issued second-quarter guidance, with a revenue range of $85 million to $95 million, below the $103 million consensus estimate. Kornit guided operating margin between (2%) and 2%, which was below the consensus estimate of 11.7%, though management expects second-half operating margin to be in the low- to midteens (in line with our previous expectation). We believe that lower volume and associated leverage, as well as raw material and logistics costs likely contributed to the soft margin guide. We estimate that the guidance translates to second-quarter EPS of approximately ($0.01)-$0.06. Management noted that near-term volatility in the macroeconomic environment is impacting second-quarter growth but remains confident in achieving the $125 million quarterly revenue run-rate ahead of the fourth quarter 2023 target. We will update our model and issue a more complete analysis of the first-quarter report later today.

Kornit continues to have a robust pipeline of opportunities and invest in the business to support the company's growth initiatives. Management highlighted that the company made significant progress with some of the largest brands and retailers, including supporting a "global strategic account with major expansion and capacity initiatives," which we believe is Amazon and which showcases Kornit's strong relationship with that customer. New products —including Atlas MAX Poly and Presto MAX—are expected to drive strong revenue growth in the second half of 2022. In addition, the recently announced Kornit Apollo should help drive revenue growth in 2023 and beyond. Second-half revenue is expected to exceed first-half revenue, with revenue generally ramping throughout 2022. Management previously said KornitX is gaining traction, and that the company would likely make multiple announcements regarding large customers joining the KornitX platform in the near term.

Based in Israel, Kornit Digital focuses exclusively on digital textile printing, offering a wide range of printing systems and consumables to customers in the custom-garment and fashion industries.

**Please refer to important disclosures on pages 3 – 5. Analyst certification is on page 3.**
**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

William Blair

**Valuation and Conclusion.** At $56, shares trade at 43 times our 2022 EPS estimate and 35 times our 2023 EPS estimate. We believe that Kornit is on track to generate about $1 billion in revenue in 2026, with about 25% operating margin (supported by about 60% of sales from high-margin consumables and services in that year), which we calculate would translate to EPS of about $5.00. Further, we believe that the digital revolution in the apparel industry will still be in the early stages of growth five years from now and that Kornit will likely continue to earn a growth multiple at that point (50 times forward earnings or greater seems likely). Today, Kornit printers account for only about 1% of decorated garments. At a run-rate of $1 billion in revenue, Kornit would only account for still about 3% of the market. In addition, we believe that the KornitX platform has enormous potential and could result in upside to longer-term expectations and significant valuation expansion for the company overall. Given Kornit's trajectory, we believe that the stock should continue to outperform the market in 2022 and over the next several years. We maintain an Outperform rating.

**Risks.** Key risks associated with an investment in Kornit include customer concentration (Amazon represented about 30% of revenue in 2021), the potential for increased competition in the future (including clone ink), and dependence on continued success of new product introductions. Potential disruption related to the pandemic is the most severe risk in the near term.

**ESG Considerations.** Compared with analog printing processes, Kornit's digital printing solutions significantly reduce contamination of the world's fresh water supply, discharge of toxic chemicals, and energy consumption. In addition, the company's products have the ability to significantly reduce the amount of inventory carried by retailers, mitigating inventory write-offs and textile waste.

# William Blair

**IMPORTANT DISCLOSURES**

William Blair or an affiliate was a manager or co-manager of a public offering of equity securities for Kornit Digital Ltd. within the prior 12 months.

William Blair or an affiliate beneficially own or control (either directly or through its managed accounts) 1% or more of the equity securities of Kornit Digital Ltd. as of the end of the month ending not more than 40 days from the date herein.

William Blair or an affiliate is a market maker in the security of Kornit Digital Ltd..

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from Kornit Digital Ltd. or an affiliate within the next three months.

William Blair or an affiliate received compensation for investment banking services or non-investment-banking services from Kornit Digital Ltd. within the last 12 months. Kornit Digital Ltd. is or was, within the last 12 months, an investment banking client of William Blair & Company and/or one or more of its affiliates.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of Kornit Digital Ltd..

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult https://www.williamblair.com/equity-research/coverage for all disclosures.

Brian Drab attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 32160.70
S&P 500: 3991.24
NASDAQ: 11737.70



Additional information is available upon request.

**Current Rating Distribution (as of May 11, 2022):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
| --- | --- | --- | --- |
| Outperform (Buy) | 76 | Outperform (Buy) | 25 |
| Market Perform (Hold) | 23 | Market Perform (Hold) | 6 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

William Blair

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

**OTHER IMPORTANT DISCLOSURES**

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been take from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2022, William Blair & Company, L.L.C. All rights reserved.

**William Blair & Company, L.L.C.** licenses and applies the SASB Materiality Map® and SICSTM in our work.

*William Blair*

# Equity Research Directory

**John Kreger, Partner   Interim Director of Research   +1 312 364 8612**
**Kyle Harris, CFA, Partner   Operations Manager   +1 312 364 8230**

## CONSUMER

**Sharon Zackfia, CFA, Partner   +1 312 364 5386**
Group Head–Consumer
*Lifestyle and Leisure Brands, Restaurants, Automotive/E-commerce*

**Jon Andersen, CFA, Partner   +1 312 364 8697**
*Consumer Products*

**Dylan Carden   +1 312 801 7857**
*Consumer Technology, Specialty Retail*

**Daniel Hofkin   +1 312 364 8965**
*Hardlines, Specialty Retail*

**Ryan Sundby, CFA   +1 312 364 5443**
*Outdoor and Recreation*

## FINANCIAL SERVICES AND TECHNOLOGY

**Adam Klauber, CFA, Partner   +1 312 364 8232**
Co-Group Head–Financial Services and Technology
*Financial Analytic Service Providers, Insurance Brokers, Property & Casualty Insurance*

**Robert Napoli, Partner   +1 312 364 8496**
Co-Group Head–Financial Services and Technology
*Financial Technology, Specialty Finance*

**Cristopher Kennedy, CFA   +1 312 364 8596**
*Financial Technology, Specialty Finance*

**Jeff Schmitt   +1 312 364 8106**
*Financial Services Distributors, Property & Casualty Insurance*

## HEALTHCARE

**Biotechnology**

**Tim Lugo, Partner   +1 415 248 2870**
Group Head–Biotechnology

**Sami Corwin, Ph.D.   +1 312 801 7783**

**Andy T. Hsieh, Ph.D., Partner   +1 312 364 5051**

**Myles R. Minter, Ph.D.   +1 617 235 7534**

**Matt Phipps, Ph.D., Partner   +1 312 364 8602**

**Raju Prasad, Ph.D., Partner   +1 312 364 8469**

**Healthcare Technology and Services**

**Ryan S. Daniels, CFA, Partner   +1 312 364 8418**
Co-Group Head–Healthcare Technology and Services
*Healthcare Technology, Healthcare Services*

**John Kreger, Partner   +1 312 364 8597**
Co-Group Head–Healthcare Technology and Services
*Pharmacy Outsourcing & Services, Dental, Animal Health*

**Andrew F. Brackmann, CFA   +1 312 364 8776**
*Medical Technology*

**Margaret Kaczor, CFA, Partner   +1 312 364 8608**
*Medical Technology*

**Life Sciences**

**Brian Weinstein, CFA, Partner   +1 312 364 8170**
Group Head–Life Sciences
*Life Science Tools and Diagnostics, Medical Technology*

**Matt Larew, Partner   +1 312 364 8242**
*Life Science Tools and Diagnostics, Healthcare Delivery*

## GLOBAL SERVICES

**Tim Mulrooney   +1 312 364 8123**
Group Head–Global Services
*Commercial Services, Staffing*

**Andrew Nicholas, CPA   +1 312 364 8689**
*Consulting, HR Technology, Information Services*

## GLOBAL INDUSTRIAL INFRASTRUCTURE

**Nick Heymann   +1 212 237 2740**
Co-Group Head–Global Industrial Infrastructure
*Multi-industry*

**Larry De Maria, CFA   +1 212 237 2753**
Co-Group Head–Global Industrial Infrastructure
*Capital Goods*

**Louie DiPalma, CFA   +1 312 364 5437**
*Aerospace, Defense, and Government Software*

**Brian Drab, CFA, Partner   +1 312 364 8280**
*Advanced Manufacturing, Industrial Technology*

**Ryan Merkel, CFA , Partner   +1 312 364 8603**
*Building Products, Specialty Distribution*

## TECHNOLOGY, MEDIA, AND COMMUNICATIONS

**Jason Ader, CFA, Partner   +1 617 235 7519**
Co-Group Head–Technology, Media, and Communications
*Infrastructure Software*

**Arjun Bhatia, CPA   +1 312 364 5696**
Co-Group Head–Technology, Media, and Communications
*Software as a Service*

**Dylan Becker, CFA   +1 312 364 8938**
*Software, Software as a Service*

**Jim Breen, CFA   +1 617 235 7513**
*Internet Infrastructure and Communication Services*

**Jonathan Ho, Partner   +1 312 364 8276**
*Cybersecurity, Security Technology*

**Kamil Mielczarek, CFA   +1 212 237 2714**
*Software*

**Maggie Nolan, CPA, Partner   +1 312 364 5090**
*IT Services*

**Matthew Pfau, CFA   +1 312 364 8694**
*Software as a Service*

**Jake Roberge   +1 312 364 8568**
*Software, Software as a Service*

**Ralph Schackart III, CFA, Partner   +1 312 364 8753**
*Internet and Digital Media*

**Stephen Sheldon, CFA, CPA, Partner   +1 312 364 5167**
*Vertical Technology – Real Estate, Education, Restaurant/Hospitality*

**Matt Stotler   +1 212 237 2755**
*Software, Software as a Service*

**Alessandra Vecchi   +1 212 237 2764**
*Semiconductors/Wireless*

## ECONOMICS

**Richard de Chazal, CFA   +44 20 7868 4489**

## EDITORIAL AND SUPERVISORY ANALYSTS

**Steve Goldsmith, Head Editor and SA   +1 312 364 8540**
**Audrey Majors, Editor and SA   +1 312 364 8992**
**Beth Pekol Porto, Editor and SA   +1 312 364 8924**
**Lisa Zurcher, Editor and SA   +44 20 7868 4549**
**Mubasil Chaudhry, Editor   +44 20 7868 4453**