# EXHIBIT 9



July 6, 2022
Institutional Research

**Greg Palm, CMT**
Senior Research Analyst
(612) 334-6355
greg.palm@craig-hallum.com

**Danny Eggerichs**
Research Analyst
(612) 334-6379
danny.eggerichs@craig-hallum.com
www.craig-hallum.com

| Changes | Previous | Current |
|---|---|---|
| Rating: | Buy | Hold |
| Fundamental Trend: | -- | Mixed |
| Price Target: | $54 | $26 |
| FY21A Rev (MM): | -- | $322.0 |
| FY22E Rev (MM): | $381.3 | $271.2 |
| FY23E Rev (MM): | $453.4 | $353.3 |
| FY21A Adj. EBITDA: | -- | $61.3 |
| FY22E Adj. EBITDA: | $40.2 | ($10.7) |
| FY23E Adj. EBITDA: | $57.6 | $21.7 |

| Profile | |
|---|---|
| Price: | $31.56 |
| 52 Week Range: | $29.67 - $181.38 |
| Avg. Daily Vol.: | 619,000 |
| Diluted Shares Out (MM): | 51.0 |
| Market Cap (MM): | $1,608 |
| Insiders Own: | 14% |
| Stated Book Val/Sh: | $18.08 |
| Net Cash/Sh.: | $14.40 |
| Short Int. / Days to Cover: | 1.2M / 2 days |
| LT EPS Growth: | 40% |
| Dividend / Yield: | NA |
| Fiscal Year End: | Dec. |

| Rev (M) | 2021A | 2022E | 2023E |
|---|---|---|---|
| Mar | $66.1 | $83.3A | -- |
| Jun | $81.7 | $57.2 | -- |
| Sep | $86.7 | $60.7 | -- |
| Dec | $87.5 | $70.0 | -- |
| FY | $322.0 | $271.2 | $353.3 |
| Growth | 67% | (16%) | 30% |

| Adj. EBITDA (M) | 2021A | 2022E | 2023E |
|---|---|---|---|
| Mar | $10.8 | $9.5A | -- |
| Jun | $18.0 | ($14.8) | -- |
| Sep | $18.0 | ($5.3) | -- |
| Dec | $14.5 | ($0.1) | -- |
| FY | $61.3 | ($10.7) | $21.7 |
| | | | |
| EV/Sales | 2.7x | 3.2x | 2.5x |
| P/E | NM | NM | NM |
| EV/EBITDA | 14x | NM | 40x |

| Management | |
|---|---|
| CEO | Ronen Samuel |
| CFO | Alon Rozner |

## Kornit Digital Ltd.                                                    HOLD
(KRNT – $31.56, post-close price of ~$24.50)            Price Target:  $26

**KRNT Pre-Announces Surprisingly Weak Results. Visibility Has Become Increasingly Challenged, Which We Believe Will Keep A Lid On Shares In The Near Term. Downgrading Shares To A HOLD, Lowering Price Target To $26.**

*KRNT develops and manufactures industrial digital printing technologies for the garment, apparel and textile markets. KRNT utilizes a proprietary and patented technology and supplies systems and consumables to end customers.*

## OUR CALL

Kornit reported surprisingly poor Q2 results, with a sizable revenue and profitability miss. Even more puzzling was the delta between those results and expectations given management's generally bullish tone in early to mid-June at several conferences. While we attribute some of the shortfall to be overall macro-related, we also believe a significant portion of the miss was associated with the pushout of systems to a global strategic customer. At this point, commentary suggests an overall lack of visibility, something that will likely impact investor sentiment in the near term. While Q2 results are likely to be the trough, and we expect improvements in profitability in the 2H, we believe it's appropriate to step to the sidelines for the time being. We do point to a massive balance sheet (over $700M of cash or $14+/share at end of Q1) that provides some level of downside protection at current prices. As a result, we are downgrading shares to a Hold and lowering our price target to $26.

## INVESTMENT HIGHLIGHTS

| | Q2 Prelim Guide | Warrant Impact | C-H Estimates | Consensus Estimates |
|---|---|---|---|---|
| **Rev. (MM)** | $56.4-59.4 | ~$4.6 | $90.6 | $88.5 |
| **Non-GAAP Op. Profit** | ($19.3)-(16.8) | NA | 0.1% | (1.6%) |
| **Adj. EBITDA (MM)** | ($17.2)-(14.4) | NA | 2.5% | 3.3% |

**Overall e-commerce seeing drastic softening.** Management commentary suggests that over the last few weeks of the quarter, the company witnessed a recalibration in overall e-commerce activity from customers. Accelerating macro headwinds and downturn in the economy are expected to negatively impact Kornit in the near-to-medium term.

**Sizable shipment delay at global strategic customer.** We believe that much of the Q2 weakness was also driven by pushouts of systems to a global strategic customer as a result of facility delays. While the resumption of these shipments is uncertain, we don't believe any orders were lost and continue to view this as a strong and important relationship.

**Q3 guidance suggests continuation of headwinds, lack of visibility.** Q3 revenues are expected to be at or above the Q2 guide, significantly below previous estimates. We believe the delay from the enterprise customer, as well as the slowing e-commerce growth, will impact results in Q3, even as the magnitude remains unclear at this point. While management has put an emphasis on continued investments in the business over recent quarters, we would expect a greater focus on achieving profitability.

| | Q3 Prelim Guidance | C-H Prior Estimates | C-H New Estimates | Consensus |
|---|---|---|---|---|
| **Rev. (MM)** | Flat to above Q2 | $102.3 | $60.7 | $101.3 |

SEE LAST PAGE FOR IMPORTANT DISCLOSURES                                      Page 1 of 4

**CRAIG-HALLUM**
CAPITAL GROUP LLC

July 6, 2022

## ESTIMATE CHANGES

We are lowering our estimates as shown below. Due to the significant slowdown in demand resulting from overall e-commerce weakening and construction delays at enterprise customer production sites, we have made sizable adjustments to our estimates. While we believe the systems to the strategic customer will eventually ship near the end of FY22 and early FY23, the recent weakening in the overall marketplace has limited visibility and resulted in our conservative stance towards go-forward revenue growth.

|  | FY22 Prev | FY22 New | FY23 Prev | FY23 New |
|---|---|---|---|---|
| **Revenue (M)** | $381.3 | $271.2 | $453.4 | $353.3 |
| **Adj. EBITDA (M)** | $40.2 | ($10.7) | $57.6 | $21.7 |
| Source: CH | | | | |

## STOCK OPPORTUNITY

With a large and growing market opportunity, we believe KRNT is well positioned to achieve a 25% or higher revenue CAGR and much stronger profitability growth over the long term, putting it in rare territory among industrial technology companies. We believe KRNT is best positioned to capitalize on the shift from analog to digital textile printing with its drive for innovative technology and potential for large customer wins. However, with the overall macro, specifically in e-commerce, significantly weakening over recent weeks, along with shipment delays at its largest customer, we believe visibility has become increasingly uncertain. As a result, we are downgrading shares from a Buy to a Hold and lowering our price target from $54 to $26, which is based on a ~1.7x EV/Sales multiple on our FY23 estimate of ~$353M.

## RISKS

We believe an investment in KRNT involves the following risks:

- **Adoption Of Digital Textile Printing.** Future growth is dependent on adoption of digital textile printing as a replacement for analogous solutions.

- **Competition.** Kornit faces a high level of competition from companies that are larger and have more resources.

- **Dependence On Consumables**. If customers use alternative inks and consumables within KRNT's systems, it would have a negative impact on overall profitability.

- **Capital Equipment Purchase.** KRNT's systems are capital equipment purchases and can thus be impacted by capital expenditure levels and general economic conditions.

- **Headquartered In Israel.** With headquarters and significant operations in Israel, instability in the Middle East poses an ongoing threat to business operations.

- **Customer Concentration.** Kornit generates a significant amount of its revenues from its ten largest customers that made up ~56% of FY21 revenues.



July 6, 2022

## Kornit Digital LTD
**Income Statement**

| fy ends DEC (in 000's) | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 1Q21 | 2Q21 | 3Q21 | 4Q21 | 2021 | 1Q22 | 2Q22E | 3Q22E | 4Q22E | 2022E | 1Q23E | 2Q23E | 3Q23E | 4Q23E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **GAAP Revenue** | $66,364 | $86,575 | $108,694 | $114,088 | $142,373 | $179,867 | $193,331 | $66,123 | $81,666 | $86,669 | $87,548 | $322,006 | $83,293 | $57,166 | $60,668 | $70,038 | $271,166 | $74,964 | $85,749 | $91,002 | $101,556 | $353,271 |
| COGS | 36,964 | 45,297 | 56,106 | 59,248 | 71,512 | 93,720 | 103,083 | 34,996 | 42,313 | 45,234 | 44,115 | 166,658 | 48,724 | 33,156 | 32,761 | 36,420 | 151,061 | 38,981 | 44,161 | 46,866 | 50,778 | 180,786 |
| Gross Profit | $29,400 | $41,278 | $52,588 | $54,840 | $70,861 | $86,147 | $90,248 | $31,127 | $39,353 | $41,435 | $43,433 | $155,348 | $34,569 | $24,010 | $27,907 | $33,618 | $120,105 | $35,983 | $41,588 | $44,136 | $50,778 | $172,485 |
| Operating Expenses: | | | | | | | | | | | | | | | | | | | | | | |
| R&D | 9,389 | 11,420 | 16,966 | 20,059 | 20,890 | 21,113 | 29,459 | 8,942 | 9,230 | 10,754 | 12,118 | 41,044 | 12,821 | 14,000 | 13,000 | 13,000 | 52,821 | 13,500 | 14,000 | 14,500 | 15,000 | 57,000 |
| Selling & Marketing | 10,405 | 12,830 | 17,334 | 19,149 | 23,392 | 31,113 | 33,151 | 9,858 | 12,450 | 14,421 | 16,585 | 53,314 | 14,636 | 18,000 | 14,000 | 14,500 | 61,136 | 15,000 | 16,000 | 16,500 | 17,000 | 64,500 |
| G&A | 4,763 | 6,581 | 9,696 | 11,320 | 13,957 | 15,742 | 22,362 | 5,842 | 7,470 | 7,708 | 9,674 | 30,694 | 7,788 | 9,000 | 8,500 | 8,500 | 33,788 | 9,000 | 9,500 | 10,000 | 10,500 | 39,000 |
| Total Operating Expenses | 24,557 | 30,831 | 43,996 | 50,699 | 58,239 | 67,968 | 85,030 | 24,642 | 29,150 | 32,883 | 38,377 | 125,052 | 35,245 | 41,000 | 35,500 | 36,000 | 147,745 | 37,500 | 39,500 | 41,000 | 42,500 | 160,500 |
| Operating Profit (Loss) | $4,843 | $10,447 | $8,592 | $4,141 | $12,622 | $18,179 | $5,218 | $6,485 | $10,203 | $8,552 | $5,056 | $30,296 | ($676) | ($16,990) | ($7,593) | ($2,382) | ($27,640) | ($1,517) | $2,088 | $3,136 | $8,278 | $11,985 |
| Other expense (income), net: | | | | 93 | - | - | - | - | - | - | - | - | - | | | | - | | | | | - |
| Financial Income (expenses), net | (15) | (334) | 46 | 452 | 1,433 | 3,313 | 3,498 | 2,065 | 351 | 219 | (36) | 2,599 | 1,799 | 1,000 | 1,000 | 1,000 | 4,799 | 1,000 | 1,000 | 1,000 | 1,000 | 4,000 |
| FX losses associated with ASC 842 | | | | | | 249 | 1,320 | (802) | 387 | 113 | 638 | 336 | (649) | - | - | - | (649) | - | - | - | - | - |
| Pre-Tax | 4,828 | 10,113 | 8,638 | 4,500 | 14,055 | 21,741 | 10,036 | 7,748 | 10,941 | 8,884 | 5,658 | 33,231 | 474 | (15,990) | (6,593) | (1,382) | (23,490) | (517) | 3,088 | 4,136 | 9,278 | 15,985 |
| Income Tax | 782 | 709 | 723 | 568 | 933 | 2,153 | 999 | 18 | 457 | (2,627) | (716) | (2,868) | 308 | 900 | 1,000 | 1,100 | 3,308 | 1,000 | 1,100 | 1,200 | 1,300 | 4,600 |
| **Net Income (Non-GAAP)** | $4,046 | $9,404 | $7,915 | $3,981 | $13,122 | $19,588 | $9,037 | $7,730 | $10,484 | $11,511 | $6,374 | $36,099 | $166 | ($16,890) | ($7,593) | ($2,482) | ($26,798) | ($1,517) | $1,988 | $2,936 | $7,978 | $11,385 |
| **Diluted EPS (Non-GAAP)** | $0.38 | $0.35 | $0.25 | $0.11 | $0.37 | $0.50 | $0.21 | $0.16 | $0.22 | $0.24 | $0.13 | $0.75 | $0.00 | ($0.33) | ($0.15) | ($0.05) | ($0.52) | ($0.03) | $0.04 | $0.06 | $0.15 | $0.22 |
| Diluted Shares Outstanding | 10,689 | 26,824 | 32,050 | 34,942 | 35,626 | 39,294 | 42,286 | 47,692 | 48,189 | 48,361 | 49,163 | 48,352 | 50,956 | 51,100 | 51,200 | 51,300 | 51,139 | 51,400 | 51,500 | 51,600 | 51,700 | 51,550 |
| Net Income (GAAP) | $3,023 | $4,725 | $753 | ($2,015) | $12,429 | $10,167 | ($4,852) | $5,099 | $5,602 | $3,872 | $954 | $15,527 | ($5,197) | ($22,140) | ($12,843) | ($7,732) | ($47,911) | ($7,117) | ($3,612) | ($2,664) | $2,378 | ($11,015) |
| Diluted EPS (GAAP) | $0.28 | $0.18 | $0.02 | ($0.06) | $0.35 | $0.26 | ($0.11) | $0.11 | $0.12 | $0.08 | $0.02 | $0.32 | ($0.10) | ($0.43) | ($0.25) | ($0.15) | ($0.94) | ($0.14) | ($0.07) | ($0.05) | $0.05 | ($0.21) |
| Adjusted EBITDA | $6,195 | $12,411 | $11,556 | $8,955 | $20,913 | $27,272 | $14,834 | $10,812 | $18,014 | $17,993 | $14,500 | $61,319 | $9,490 | ($14,790) | ($5,343) | ($82) | ($10,724) | $833 | $4,488 | $5,586 | $10,778 | $21,685 |
| **Margin & Expense Analysis** | | | | | | | | | | | | | | | | | | | | | | |
| COGS | 55.7% | 52.3% | 51.6% | 51.9% | 50.2% | 52.1% | 53.3% | 52.9% | 51.8% | 52.2% | 50.4% | 51.8% | 58.5% | 58.0% | 54.0% | 52.0% | 55.7% | 52.0% | 51.5% | 51.5% | 50.0% | 51.2% |
| Gross Margin | 44.3% | 47.7% | 48.4% | 48.1% | 49.8% | 47.9% | 46.7% | 47.1% | 48.2% | 47.8% | 49.6% | 48.2% | 41.5% | 42.0% | 46.0% | 48.0% | 44.3% | 48.0% | 48.5% | 48.5% | 50.0% | 48.8% |
| R&D | 14.1% | 13.2% | 15.6% | 17.6% | 14.7% | 11.7% | 15.2% | 13.5% | 11.3% | 12.4% | 13.8% | 12.7% | 15.4% | 24.5% | 21.4% | 18.6% | 19.5% | 18.0% | 16.3% | 15.9% | 14.8% | 16.1% |
| S&M | 15.7% | 14.8% | 15.9% | 16.8% | 16.4% | 17.3% | 17.1% | 14.9% | 15.2% | 16.6% | 18.9% | 16.6% | 17.6% | 31.5% | 23.1% | 20.7% | 22.5% | 20.0% | 18.7% | 18.1% | 16.7% | 18.3% |
| G&A | 7.2% | 7.6% | 8.9% | 9.9% | 9.8% | 8.8% | 11.6% | 8.8% | 9.1% | 8.9% | 11.0% | 9.5% | 9.4% | 15.7% | 14.0% | 12.1% | 12.5% | 12.0% | 11.1% | 11.0% | 10.3% | 11.0% |
| Total OpEx | 37.0% | 35.6% | 40.5% | 44.4% | 40.9% | 37.8% | 44.0% | 37.3% | 35.7% | 37.9% | 43.8% | 38.8% | 42.3% | 71.7% | 58.5% | 51.4% | 54.5% | 50.0% | 46.1% | 45.1% | 41.8% | 45.4% |
| Operating Margin (Non-GAAP) | 7.3% | 12.1% | 7.9% | 3.6% | 8.9% | 10.1% | 2.7% | 9.8% | 12.5% | 9.9% | 5.8% | 9.4% | -0.8% | -29.7% | -12.5% | -3.4% | -10.2% | -2.0% | 2.4% | 3.4% | 8.2% | 3.4% |
| Tax | 16.2% | 7.0% | 8.4% | 12.6% | 6.6% | 9.9% | 10.0% | 0.2% | 4.2% | -29.6% | -12.7% | -8.6% | 65.0% | -5.6% | -15.2% | -79.6% | -14.1% | -193.3% | 35.6% | 29.0% | 14.0% | 28.8% |
| Adj EBITDA Margin | 9.3% | 14.3% | 10.6% | 7.8% | 14.7% | 15.2% | 7.7% | 16.4% | 22.1% | 20.8% | 16.6% | 19.0% | 11.4% | -25.9% | -8.8% | -0.1% | -4.0% | 1.1% | 5.2% | 6.1% | 10.6% | 6.1% |
| Non-GAAP Net Margin | 6.1% | 10.9% | 7.3% | 3.5% | 9.2% | 10.9% | 4.7% | 11.7% | 12.8% | 13.3% | 7.3% | 11.2% | 0.2% | -29.5% | -12.5% | -3.5% | -9.9% | -2.0% | 2.3% | 3.2% | 7.9% | 3.2% |
| **Growth Analysis (Yr/Yr)** | | | | | | | | | | | | | | | | | | | | | | |
| GAAP Revenue | | | 25.5% | 5.0% | 24.8% | 26.3% | 7.5% | 152.3% | 118.1% | 51.0% | 21.1% | 66.6% | 26.0% | -30.0% | -30.0% | -20.0% | -15.8% | -10.0% | 50.0% | 50.0% | 45.0% | 30.3% |
| Gross Profit | | 40.4% | 27.4% | 4.3% | 29.2% | 21.6% | 4.8% | 259.4% | 138.3% | 50.0% | 16.0% | 72.1% | 11.1% | -39.0% | -32.6% | -22.6% | -22.7% | 4.1% | 73.2% | 58.2% | 51.0% | 43.6% |
| Total OpEx | 33.1% | 25.5% | 42.7% | 15.2% | 14.9% | 16.7% | 25.1% | 28.6% | 53.0% | 55.4% | 49.6% | 47.1% | 43.0% | 40.7% | 8.0% | -6.2% | 18.1% | 6.4% | -3.7% | 15.5% | 18.1% | 8.6% |
| Operating Income | 62.1% | 115.7% | -17.8% | -51.8% | 204.8% | 44.0% | -71.3% | -161.8% | -501.2% | 32.4% | -57.2% | 480.6% | -110.4% | -266.5% | -188.8% | -147.1% | -191.2% | 124.5% | -112.3% | -141.3% | -447.6% | -143.4% |
| Adj. EBITDA | 44.7% | 100.3% | -6.9% | -22.5% | 133.5% | 30.4% | -45.6% | -220.2% | -2511.5% | 84.5% | -2.2% | 313.4% | -12.2% | -182.1% | -129.7% | -100.6% | -117.5% | -91.2% | -130.3% | -204.6% | -13313.3% | -302.2% |
| Net Income | 256.8% | 132.4% | -15.8% | -49.7% | 229.6% | 49.3% | -53.9% | -186.8% | -888.3% | 48.9% | -44.8% | 299.5% | -97.9% | -261.1% | -166.0% | -138.9% | -174.2% | -1014.1% | -111.8% | -138.7% | -421.5% | -142.5% |
| **Key Financial Metrics** | | | | | | | | | | | | | | | | | | | | | | |
| Cash | | $74,143 | $61,013 | $97,501 | $127,716 | $263,703 | $435,935 | $438,652 | $441,823 | $457,507 | $798,104 | $798,104 | $733,890 | | | | | | | | | |
| Accounts Rec. | | 22,598 | 31,638 | 23,245 | 21,953 | 40,510 | 51,566 | 53,054 | 62,651 | 49,866 | 49,797 | 49,797 | 80,990 | | | | | | | | | |
| Inventory | | 15,803 | 24,122 | 34,855 | 30,030 | 37,477 | 52,487 | 52,750 | 52,553 | 55,344 | 63,017 | 63,017 | 71,360 | | | | | | | | | |
| DSO | | 81 | 90 | 71 | 53 | 76 | 65 | 73 | 70 | 52 | 52 | 52 | 88 | | | | | | | | | |
| DSI | | 110 | 128 | 207 | 141 | 141 | 137 | 137 | 113 | 111 | 130 | 130 | 133 | | | | | | | | | |
| Long-Term Debt | | - | - | - | - | - | - | - | - | - | - | - | - | | | | | | | | | |
| Net Cash | | 74,143 | 61,013 | 97,501 | 127,716 | 263,703 | 435,935 | 438,652 | 441,823 | 457,507 | 798,104 | 798,104 | 733,890 | | | | | | | | | |
| Shareholder Equity | | 100,262 | 107,188 | 148,945 | 179,136 | 329,915 | 519,017 | 530,292 | 547,370 | 565,135 | 919,553 | 919,553 | 921,081 | | | | | | | | | |
| **Book Value/Share** | | $3.13 | $3.33 | $4.24 | $4.95 | $7.72 | $10.91 | $11.12 | $11.36 | $11.69 | $18.70 | $18.70 | $18.08 | | | | | | | | | |
| **Cash/Share** | | $2.31 | $1.90 | $2.78 | $3.53 | $6.17 | $9.17 | $9.20 | $9.17 | $9.46 | $16.23 | $16.23 | $14.40 | | | | | | | | | |
| Cash From Ops | | $(2,209) | $881 | $3,524 | $33,368 | $15,589 | $32,410 | 5,119 | 5,211 | 32,800 | 9,334 | $52,464 | (47,082) | | | | | | | | | |
| CapEx | | (1,861) | (5,462) | (5,661) | (7,294) | (5,416) | (13,489) | (2,567) | (2,988) | (3,867) | (5,877) | (15,299) | (7,462) | | | | | | | | | |
| **FCF** | | $(4,070) | $(4,581) | $(2,137) | $26,074 | $10,173 | $18,921 | $2,552 | $2,223 | $28,933 | $3,457 | $37,165 | ($54,544) | | | | | | | | | |

*historical quarterlies may not sum due to change in accounting treatment

July 6, 2022

## REQUIRED DISCLOSURES



*Source: Factset*

Update: May 14, 2019 – Rating: Buy - Price Target:  $30
Update: August 7, 2019 – Rating: Buy – Price Target:  $34
Update: November 19, 2019 – Rating: Buy – Price Target:  $35
Update: February 12, 2020 – Rating: Buy – Price Target:  $46
Update: March 27, 2020 – Rating: Buy – Price Target:  $36
Update: April 6, 2020 – Rating: Hold – Price Target:  $21
Update: May 20, 2020 – Rating: Hold – Price Target:  $34
Update: June 22, 2020 – Rating: Hold – Price Target:  $50
Update: August 12, 2020 – Rating: Hold – Price Target:  $58
Update: November 11, 2020 – Rating: Hold – Price Target:  $72
Update: February 17, 2021 – Rating: Buy – Price Target:  $125
Update: May 11, 2021 – Rating: Buy – Price Target:  $105
Update: July 22, 2021 – Rating: Buy – Price Target:  $140
Update: November 10, 2021 – Rating: Buy – Price Target:  $180
Update: February 9, 2022 – Rating: Buy – Price Target:  $135
Update: May 12, 2022 – Rating: Buy – Price Target:  $54
Update: July 6, 2022 – Rating: Hold – Price Target:  $26

**Ratings definitions:**

**Buy** rated stocks generally have twelve month price targets that are more than 20% above the current price.  **Hold** rated stocks generally have twelve month price targets near the current price.  **Sell** rated stocks generally have no price target and we would sell the stock.

**Fundamental trend definitions:**

**Improving** means growth rates of key business metrics are generally accelerating.  **Stable** means growth rates of key business metrics are generally steady.  **Mixed** means growth rates of some key business metrics are positive but others are negative.  **Declining** means growth rates of key business metrics are generally decelerating.

**Ratings Distribution (6/30/2022)**

| Rating | % Of Companies Covered | % With Investment Banking Relationships |
|---|---|---|
| Buy | 81% | 14% |
| Hold | 18% | 7% |
| Sell | 1% | 0% |
| Total | 100% | 13% |

**Information about valuation methods and risks can be found in the "STOCK OPPORTUNITY" and "RISKS" sections, respectively, of this report.**

CHLM makes a market in this security.

CHLM has managed or co-managed an offering of securities for the subject company in the last 12 months. CHLM has received investment banking revenue from the subject company in the last 12 months.  CHLM expects to receive or intends to seek compensation for investment banking services from the subject company in the next three months.

Analysts receive no direct compensation in connection with the firm's investment banking business.  Analysts may be eligible for bonus compensation based on the overall profitability of the firm, which takes into account revenues from all of the firm's business, including investment banking.

## OTHER DISCLOSURES

Although the statements of fact in this report have been obtained from and are based upon recognized statistical services, issuer reports or communications, or other sources that Craig-Hallum believes to be reliable, we cannot guarantee their accuracy. All opinions and estimates included in this report constitute Craig-Hallum's judgment as of the date of this report and are subject to change without notice. Craig-Hallum may effect transactions as principal or agent in the securities mentioned herein.  The securities discussed or recommended in this report may be unsuitable for investors depending on their specific investment objectives and financial position. This report is offered for informational purposes only, and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such would be prohibited. Additional information available upon request. Member SIPC.

## REGULATION AC CERTIFICATION

I, Greg Palm, hereby certify that the views expressed in this research report accurately reflect my personal views about the subject security and issuer. No part of my compensation was, is or will be directly or indirectly related to the specific recommendations or views contained herein.