## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Kornit Digital Ltd. Securities Litigation | No. 2:23-cv-00888-MCA-AME<br><br>*Document Filed Electronically*<br><br><u>CLASS ACTION</u><br><br><u>PROPOSED ORDER</u> |

**THIS MATTER,** having been opened to the Court on the Motion of Defendants Kornit Digital Ltd., Ronen Samuel, and Alon Rozner (collectively, "Defendants") seeking entry of an Order dismissing Plaintiffs' claim under Section 10(b) of the Securities Exchange Act of 1934 arising from Defendant Samuel's February 16, 2021 statement quoted at Paragraph 205 of Plaintiffs' Amended Consolidated Complaint (the "Service Contract Statement"); and the Court having considered the papers submitted in support of and in opposition to the Motion, and the arguments of counsel, and for good cause shown;

IT IS HEREBY ORDERED, on this___day of _____2026, that Defendants' Motion is granted and Plaintiffs' claim under Section 10(b) of the Securities Exchange Act of 1934 arising from the Service Contract Statement is dismissed with prejudice.

_____

Hon. Madeline Cox Arleo, U.S.D.J.