**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re Kornit Digital Ltd. Securities Litigation | No. 2:23-cv-00888-MCA-AME<br><br>*Document Filed Electronically*<br><br><u>CLASS ACTION</u> |

**<u>CERTIFICATE OF SERVICE</u>**

I, Samuel I. Portnoy, an attorney duly admitted to practice in this District, hereby certify that, on December 4, 2025, I caused a true copy of the foregoing Notice of Defendants' Motion for Partial Judgment on the Pleadings; Memorandum of Law in Support of Defendants' Motion for Partial Judgment on the Pleadings; Declaration of Edmund Polubinski III in support of Defendants' Motion for Partial Judgment on the Pleadings and exhibits thereto; Proposed Order; and Certificate of Service to be filed and served by CM/ECF in accordance with the District of New Jersey's Rules on electronic service and by e-mail to Hannah G. Ross, Avi Josefson, James A. Harrod, Alec T. Coquin, and Mathews R. de Carvalho of Bernstein Litowitz Berger & Grossmann LLP; James E. Cecchi and Kevin G. Cooper of Carella, Byrne, Cecchi, Olstein, Brody & Agnello P.C.;

Thomas C. Michaud and Francis E. Judd of VanOverbeke Michaud & Timmony P.C.; and Steven J. Toll and Julie G. Reiser of Cohen Milstein Sellers & Toll PLLC.

    I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Dated: December 4, 2025

**GIBBONS P.C.**

*/s/ Samuel I. Portnoy*
Samuel I. Portnoy
Michael V. Caracappa
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
sportnoy@gibbonslaw.com
mcaracappa@gibbonslaw.com

**DAVIS POLK & WARDWELL LLP**

Edmund Polubinski III (*pro hac vice*)
Dana Seshens (*pro hac vice*)
Daniel J. Schwartz (*pro hac vice*)
Marie Killmond (*pro hac vice*)
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
edmund.polubinski@davispolk.com
dana.seshens@davispolk.com
daniel.schwartz@davispolk.com
marie.killmond@davispolk.com

*Counsel for Kornit Digital Ltd., Ronen Samuel, and Alon Rozner*