

Samuel I. Portnoy
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4909 Fax: 973-639-6218
sportnoy@gibbonslaw.com

December 22, 2025

**VIA ECF**
Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
Newark, New Jersey 07101

  Re: *In re Kornit Digital Ltd. Securities Litigation*, Case No. 2:23-cv-0888-MCA-AME

Dear Judge Arleo,

  This firm, along with Davis Polk & Wardwell LLP, represents Defendants Kornit Digital Ltd., Ronen Samuel, and Alon Rozner in the above referenced matter. We write to request a short extension of the deadline for Defendants' reply in further support of their Motion for Partial Judgment on the Pleadings. (ECF No. 84). Currently, Plaintiffs' opposition to Defendants' Motion is due to be filed on December 22, 2025 and Defendants' reply is due December 29, 2025. Defendants respectfully request an extension of that deadline to **January 7, 2026** due to the intervening holidays. This is Defendants' first request for an extension of their reply deadline. It will not affect any other case deadlines, and Plaintiffs have consented to it.

  If the foregoing meets with Your Honor's approval, we ask that this letter be So Ordered. We thank the Court for its kind attention and consideration of this request.

              Respectfully submitted,

              *s/ Samuel I. Portnoy*
              Samuel I. Portnoy

  cc: All Counsel of Record (*via ECF*)