**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re Kornit Digital Ltd. Securities Litigation | Case No. 2:23-cv-00888-MCA-AME<br><br>Hon. Madeline Cox Arleo<br><br><u>CLASS ACTION</u> |

**DECLARATION OF JAMES A. HARROD IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' PARTIAL MOTION FOR JUDGMENT ON THE PLEADINGS**

JAMES A. HARROD hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney licensed to practice in New York and am a partner in the law firm of Bernstein Litowitz Berger & Grossmann LLP, the Court-appointed Lead Counsel in this Action. I am admitted *pro hac vice* in this Action. I submit this declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Partial Motion for Judgment on the Pleadings.

2. Attached hereto as Exhibit 1 are relevant excerpts of the Form 6-K filed by Kornit Digital LTD. with the U.S. Securities and Exchange Commission on August 10, 2022, reporting financial results for the second quarter of 2022.

3. Attached hereto as Exhibit 2 are relevant excerpts of the Transcript of Oral Argument held on September 4, 2025, before Judge Madeline Cox Arleo (ECF No. 76).

1

I declare under penalty of perjury that the foregoing is true and correct.

Dated:        December 22, 2025        _____
              New York, New York              James A. Harrod