# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Kornit Digital Ltd. Securities Litigation | : Civ. Action No. 2:23-cv-00888-MCA-AME <br> : <br> : **PRETRIAL SCHEDULING ORDER** <br> : <br> : <br> : <br> : |

      **THIS MATTER** having come before the Court for a scheduling conference pursuant to Rule 16 of the Federal Rules of Civil Procedure on December 5, 2025, and the parties having reviewed the Court's Civil Case Management Order as well as the Local Civil Rules, and for good cause shown,

      **IT IS on this 30th day of December 2025,**

      **ORDERED THAT** the next event in this matter will be a **telephonic status conference on April 1, 2026, at 3:00 p.m.** Three business days prior to the conference, the parties shall file a joint status letter, not to exceed three pages double-spaced. To join the call**,** dial 973-437-5535, access code _ 256 699 290# _;

      and it is further **ORDERED** that this matter will proceed on the schedule and under the conditions set forth below.

| EVENT | DATE |
|---|---|
| E-Discovery conference pursuant to L. Civ. R. 26.1(d) | November 11, 2025 |
| Service of initial written discovery on or before | December 1, 2025 |
| Fed. R. Civ. P. 26 Disclosures | December 15, 2025 |
| The parties to agree on search terms and custodians for Plaintiffs' document requests or submit disputes to the Court | February 13, 2026 |
| Substantial completion of document production from agreed-upon priority review | April 15, 2026 |
| Motions to amend or add parties | May 29, 2026 |
| Lead Plaintiffs' motion for class certification and any accompanying expert report | June 1, 2026 |
| Substantial completion of document production | July 15, 2026 |

| | |
|---|---|
| Defendants' opposition to class certification and any accompanying rebuttal expert report | July 31, 2026 |
| Lead Plaintiffs' reply brief in further support of class certification and accompanying reply expert report | August 28, 2026 |
| Factual discovery to be completed | September 25, 2026 |
| Opening expert report(s) for issues on which a party bears the burden of proof | October 16, 2026 |
| Rebuttal expert report(s) | |
| Expert depositions to be completed | January 29, 2027 |
| Dispositive and *Daubert* motions | To be scheduled after mediation |
| To be served within 45 days of completion of discovery | To be scheduled after resolution of any dispositive and/or *Daubert* motion |
| Trial | To be scheduled after resolution of any dispositive and/or *Daubert* motion |

1. **Fact Discovery.** All fact witness depositions must be completed by the close of fact discovery. No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown.

2. **Interrogatories**. The parties may serve interrogatories limited to **25** single questions including subparts, which shall be responded to within 30 days of service, consistent with Federal Rule of Civil Procedure 33.

3. **Document Requests.** The parties may serve requests for production of documents which shall be responded to within 30 days of service, consistent with Federal Rule of Civil Procedure 34.

4. **Depositions**. The number of depositions to be taken by each side shall not exceed **10**.

5. **Electronic Discovery**. The parties are directed to Rule 26(f), as amended, which, *inter alia*, addresses preservation of discoverable information, discovery of electronically stored information, and claims of privilege or work product protection. The parties are also directed to Local Civil Rule 26.1(d) which describes the obligations of counsel with regard to their clients' information management systems.

6. **Discovery Disputes**.  Please refer to the Court's Civil Case Management Order.

7. **Motion Practice**.  Please refer to the Court's Civil Case Management Order.

8. **Form and Content of Expert Reports**.  All expert reports must comport with the form and content requirements set forth in Rule 26(a)(2)(B).  No expert shall testify at trial as to any opinions or base those opinions on facts not substantially disclosed in the expert's report.

9. **Extensions and Adjournments**.  Please refer to the Court's Civil Case Management Order.

10. **Protective Orders**.  Any proposed confidentiality order agreed to by the parties must strictly comply with Rule 26(c), Local Civil Rule 5.3, and applicable case law.  Please also refer to the Court's Civil Case Management Order.

11. **Local Rules.** The parties are directed to the Local Civil Rules for any other matter not addressed by this Order or the Court's Civil Case Management Order.

**FAILURE TO COMPLY WITH THE TERMS OF THIS ORDER OR ANY OTHER ORDERS MAY RESULT IN SANCTIONS**.

       /s/ *André M Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge