# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

In re Kornit Digital Ltd. Securities
Litigation

No. 2:23-cv-00888-MCA-AME

*Document Filed Electronically*

<u>CLASS ACTION</u>

## <u>CERTIFICATE OF SERVICE</u>

I, Samuel I. Portnoy, an attorney duly admitted to practice in this District, hereby certify that, on December 7, 2025, I caused a true copy of the foregoing Reply Memorandum Of Law In Further Support Of Defendants' Motion For Partial Judgment On The Pleading and Certificate of Service to be filed and served by CM/ECF in accordance with the District of New Jersey's Rules on electronic service and by e-mail to Hannah G. Ross, Avi Josefson, James A. Harrod, Alec T. Coquin, and Mathews R. de Carvalho of Bernstein Litowitz Berger & Grossmann LLP; James E. Cecchi and Kevin G. Cooper of Carella, Byrne, Cecchi, Olstein, Brody & Agnello P.C.; Thomas C. Michaud and Francis E. Judd of VanOverbeke Michaud & Timmony P.C.; and Steven J. Toll and Julie G. Reiser of Cohen Milstein Sellers & Toll PLLC.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I may be subject to punishment.

Dated: January 7, 2026

**FBT GIBBONS LLP**

/s/  Samuel I. Portnoy
Samuel I. Portnoy
Michael V. Caracappa
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
sportnoy@fbtgibbons.com
mcaracappa@fbtgibbons.com

**DAVIS POLK & WARDWELL LLP**

Edmund Polubinski III (*pro hac vice*)
Dana Seshens (*pro hac vice*)
Daniel J. Schwartz (*pro hac vice*)
Marie Killmond (*pro hac vice*)
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
edmund.polubinski@davispolk.com
dana.seshens@davispolk.com
daniel.schwartz@davispolk.com
marie.killmond@davispolk.com

*Counsel for Kornit Digital Ltd., Ronen Samuel, and Alon Rozner*