# **ORDER**

February 13, 2026

**VIA ECF**
Hon. André M. Espinosa, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Bldg. & U.S. Courthouse
Newark, New Jersey 07101

> Re:   *In re Kornit Digital Ltd. Securities Litigation,* **Case No. 2:23-cv-0888-MCA-AME**

Dear Judge Espinosa:

This firm, along with Davis Polk & Wardwell LLP, represents Defendants Kornit Digital Ltd., Ronen Samuel, and Alon Rozner ("Defendants") in the above referenced matter. We write on behalf of all parties to request a brief extension of the deadline "for the parties to agree on search terms and custodians for Plaintiffs' document requests or submit disputes to the Court" currently set for February 13, 2026 in the Court's Pretrial Scheduling Order (ECF No. 88). The parties request an extension of that deadline to **March 6, 2026.** The parties are not currently at an impasse over search terms or custodians, and have been working together amicably and productively to resolve discovery issues in an effort to avoid the need for Court intervention. However, due to certain cross-border collection issues, Defendants need additional time to run and test search terms. This is the parties' first request for an extension of the above-referenced deadline, and the requested extension will not affect any other deadlines currently in place.

If the foregoing meets with Your Honor's approval, the parties respectfully request that this letter be So Ordered. The parties thank the Court for its continuing attention to this matter.

Respectfully submitted,

*s/ Samuel I. Portnoy*
Samuel I. Portnoy

cc:    All Counsel of Record (*via ECF*)

Defendant's above extension request is GRANTED.

SO ORDERED. February 26, 2026

_/s/ André M. Espinosa_
ANDRÉ M. ESPINOSA
United States Magistrate Judge