# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re Kornit Digital Ltd. Securities Litigation | No. 2:23-cv-00888-MCA-AME |

No. 2:23-cv-00888-MCA-AME

*Document Filed Electronically*

<u>CLASS ACTION</u>

**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S RESPONSE TO DEFENDANTS' DISCOVERY REQUESTS**

This stipulation ("Stipulation") is made between Lead Plaintiffs Genesee County Employees' Retirement System, Kranot Hishtalmut Le Morim Tichoniim Havera Menahelet LTD, Kranot Hishtalmut Le Morim Ve Gananot Havera Menahelet LTD, and Hachshara Insurance Company Ltd.; Additional Named Plaintiff Indiana State Police Pension Trust ("Indiana Police," and, together with Lead Plaintiffs, "Plaintiffs"); and Defendants Kornit Digital Ltd. ("Kornit"), Ronen Samuel, and Alon Rozner (collectively, the "Kornit Defendants"). Plaintiffs and the Kornit Defendants are collectively referred to herein as the "Parties."[1]

Having conferred, counsel for the Parties agree as follows:

**WHEREAS**, on November 8, 2024, Plaintiffs filed a Consolidated Amended Complaint for Violation of the Federal Securities Laws (the "Amended Complaint") (ECF No. 61);

**WHEREAS**, the Amended Complaint names Indiana State as an Additional Named Plaintiff asserting, on behalf of itself and a putative class, claims against the Kornit Defendants

---

[1] All claims against additional named Defendants Citigroup Global Markets Inc., Barclays Capital Inc., Goldman Sachs & Co. LLC, and Morgan Stanley & Co. LLC (the "Underwriter Defendants") were dismissed by the Court in its September 4, 2025 Order (ECF No. 74).

solely under Sections 11 and 15 of the Securities Act of 1933 (the "Securities Act Claims") (ECF No. 61 ¶¶ 333-35, 337, 415, 419 and 431);

**WHEREAS**, on January 24, 2025, the Kornit Defendants moved to dismiss the Amended Complaint in its entirety with prejudice (ECF No. 64);

**WHEREAS**, on September 4, 2025, this Court held a hearing on Defendants' Motions to Dismiss and thereafter entered an Order granting in part and denying in part the Kornit Defendants' Motion to Dismiss, granting in full the Underwriter Defendants' Motion to Dismiss the Securities Act Claims and directing Plaintiffs to file any amended pleadings within forty-five (45) days (ECF No. 74) (the "Order");

**WHEREAS**, at the September 4, 2025 hearing and in the Order, the Court fully dismissed the Securities Act Claims asserted by Indiana Police (Sept. 24, 2025 Tr. at 94–96; ECF No. 74); and

**WHEREAS**, on October 20, 2025, Plaintiffs confirmed they would not further amend the Amended Complaint following the Order (ECF No. 79);

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the Parties, and subject to this Court's approval:

1. For the avoidance of doubt, the Securities Act Claims asserted by Indiana Police in the Amended Complaint in the above-captioned action (the "Action") have been dismissed, and thus the role of Indiana Police as an Additional Named Plaintiff has ceased and Indiana Police will remain in the Action solely as a member of the putative class;

2. Indiana Police will not put itself forward as a proposed class representative in this Action; and

2

3.        Defendants withdraw with prejudice their Requests for Production and

Interrogatories to Indiana Police sent by electronic mail to Plaintiffs' counsel on December 9,

2025.

        Respectfully submitted this 6th day of March 2026,

CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.

/s/ *James E. Cecchi*
   James E. Cecchi
   Kevin G. Cooper
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
jcecchi@carellabyrne.com
kcooper@carellabyrne.com

*Liaison Counsel for Plaintiffs*

BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
   Hannah Ross (*pro hac vice*)
   Avi Josefson (*pro hac vice*)
   James A. Harrod (*pro hac vice*)
   Alec T. Coquin (*pro hac vice*)
   Mathews R. de Carvalho (*pro hac vice*)
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
hannah@blbglaw.com
avi@blbglaw.com
jim.harrod@blbglaw.com
alec.coquin@blbglaw.com
mathews.decarvalho@blbglaw.com

*Lead Counsel for Lead Plaintiffs*

FBT GIBBONS LLP

/s/ *Samuel I. Portnoy*
   Samuel I. Portnoy
One Gateway Center
Newark, New Jersey 07102-5310
Tel: (973) 596-4879
sportnoy@gibbonslaw.com

DAVIS POLK & WARDWELL LLP
   Edmund Polubinski III (*pro hac vice*)
   Dana Seshens (*pro hac vice*)
   Daniel J. Schwartz (*pro hac vice*)
   Marie Killmond (*pro hac vice*)
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
edmund.polubinski@davispolk.com
dana.seshens@davispolk.com
daniel.schwartz@davispolk.com
marie.killmond@davispolk.com

*Counsel for Defendants Kornit Digital
Ltd., Ronen Samuel, and Alon Rozner*

3

VMT Law, P.C.
  Thomas C. Michaud
  Francis E. Judd
79 Alfred Street
Detroit, Michigan 48201
Telephone: (313) 578-1200
Facsimile: (313) 578-1201
tmichaud@vmtlaw.com
fjudd@vmtlaw.com

*Additional Counsel for Lead Plaintiff*
*Genesee County Employees' Retirement*
*System*

COHEN MILSTEIN SELLERS
& TOLL PLLC
  Steven J. Toll
  Julie Goldsmith Reiser
1100 New York Ave NW
Suite 500 West
Washington, DC 20005
Telephone: (202) 408-4600
stoll@cohenmilstein.com
jreiser@cohenmilstein.com

*Counsel for Additional Named Plaintiff*
*Indiana State Police Pension Trust*


SO ORDERED:

This ____ day of _____, 2026


_____
The Hon. André M. Espinosa
United States Magistrate Judge

4