# <u>ORDER</u>

March 6, 2026

<u>VIA ECF</u>
Hon. Madeline Cox Arleo, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Hon. André M. Espinosa, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

**Re:**   *In re Kornit Digital Ltd. Securities Litigation,* **Case No. 2:23-cv-0888-MCA-AME**

Dear Judge Arleo and Magistrate Judge Espinosa:

This firm, along with Bernstein Litowitz Berger & Grossmann LLP, represents Plaintiffs Genesee County Employees' Retirement System, Kranot Hishtalmut Le Morim Tichoniim Havera Menahelet LTD, Kranot Hishtalmut Le Morim Ve Gananot Havera Menahelet LTD, and Hachshara Insurance Company Ltd. ("Plaintiffs") in the above referenced matter.

We write on behalf of all parties to inform the Court that the parties have recently agreed to have a private mediation in this case on April 7, 2026. To allow the parties to focus on those mediation efforts and to conserve both the Court's and their own resources, the parties have agreed to stay discovery pending the outcome of the mediation. By agreement of the parties, we respectfully request that the Court adjourn all deadlines currently set in the Court's Pretrial Scheduling Order (ECF No. 88), as well as any associated deadlines under the Federal Rules of Civil Procedure and Local Rules, pending the outcome of the mediation.

Within fourteen days of the mediation, the parties will submit a joint status report informing the Court of the outcome of the mediation and, if necessary, proposing a schedule for further discovery deadlines.

If the foregoing meets with Your Honor's approval, the parties respectfully request that this letter be So Ordered. The parties thank the Court for its continuing attention to this matter.

March 6, 2026
Page  2

Respectfully submitted,

CARELLA, BYRNE, CECCHI
BRODY & AGNELLO

*s/ James E. Cecchi*
James E. Cecchi

cc:      All Counsel of Record (*via ECF*)

The parties request to stay discovery pending the outcome of their private mediation is GRANTED. Within 7 days of the conclusion of the private mediation the parties shall update the Court with the outcome of the mediation, and if necessary, propose an updated discovery schedule.

SO ORDERED. March 11, 2026

 */s/ André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge

CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C. \ ATTORNEYS AT LAW

899655v1