# **ORDER**

April 14, 2026

**VIA ECF**
Hon. Madeline Cox Arleo, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Hon. André M. Espinosa, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

>    **Re:**    ***In re Kornit Digital Ltd. Securities Litigation,***
>    <u>**Case No. 2:23-cv-0888-MCA-AME**</u>

Dear Judge Arleo and Magistrate Judge Espinosa:

This firm, along with Bernstein Litowitz Berger & Grossmann LLP, represents Plaintiffs Genesee County Employees' Retirement System, Kranot Hishtalmut Le Morim Tichoniim Havera Menahelet LTD, Kranot Hishtalmut Le Morim Ve Gananot Havera Menahelet LTD, and Hachshara Insurance Company Ltd. ("Plaintiffs") in the above referenced matter.

We write on behalf of all parties, pursuant to Magistrate Judge Espinosa's March 11, 2026 Order (ECF No. 95) to inform the Court that the parties conducted their mediation on April 7, 2026 and that the parties remain engaged in active settlement discussions following the mediation.  The parties believe that they would benefit from an additional two-week adjournment of the deadlines currently set in the Court's Pretrial Scheduling Order (ECF No. 88), as well as any associated deadlines under the Federal Rules of Civil Procedure and Local Rules, as they continue settlement negotiations in an effort to resolve the matter.

If the foregoing meets with Your Honor's approval, the parties respectfully request that they be granted an additional 14 days from today's date to submit a joint status report informing the Court of the outcome of their negotiations and, if necessary, proposing a schedule for further discovery deadlines.

The parties thank the Court for its continuing attention to this matter.

Respectfully submitted,

CARELLA, BYRNE, CECCHI
BRODY & AGNELLO

*s/ James E. Cecchi*
James E. Cecchi

cc:    All Counsel of Record (*via ECF*)

The parties' request for two weeks to continue settlement discussions post mediation is GRANTED. The parties shall file a joint status letter in 14 days.
SO ORDERED. April 20, 2026

*/s/ André M. Espinosa*
ANDRÉ M. ESPINOSA
United States Magistrate Judge

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C. \ ATTORNEYS AT LAW**