

# CARELLA BYRNE CECCHI BRODY AGNELLO, P.C.

JAN ALAN BRODY
JOHN M. AGNELLO
CHARLES M. CARELLA
JAMES E. CECCHI

CHARLES C. CARELLA
11/21/33 – 11/4/23

DONALD F. MICELI
MELISSA E. FLAX
DAVID G. GILFILLAN
G. GLENNON TROUBLEFIELD
BRIAN H. FENLON
CAROLINE F. BARTLETT
ZACHARY S. BOWER+
DONALD A. ECKLUND
CHRISTOPHER H. WESTRICK*
STEPHEN R. DANEK
MICHAEL A. INNES
MEGAN A. NATALE
KEVIN G. COOPER

OF COUNSEL
PETER G. STEWART
CARL R. WOODWARD, III
FRANCIS C. HAND
JAMES A. O'BRIEN, III
JOHN G. ESMERADO
STEVEN G. TYSON
MATTHEW J. CERES
ZACHARY A. JACOBS***
JASON H. ALPERSTEIN

RAYMOND J. LILLIE
GREGORY G. MAROTTA
MARYSSA P. GEIST
JORDAN M. STEELE
BRITTNEY M. MASTRANGELO
GRANT Y. LEE***
MAYBOL HALL
WILLIAM J. MANORY
NESLIHAN Z. TALU

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL
ATTORNEY
***MEMBER IL BAR ONLY
+MEMBER FL BAR ONLY

April 29, 2026

**VIA ECF**
Hon. Madeline Cox Arleo, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Hon. André M. Espinosa, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:     *In re Kornit Digital Ltd. Securities Litigation,* **Case No. 2:23-cv-0888-MCA-AME**

Dear Judge Arleo and Magistrate Judge Espinosa:

This firm, along with Bernstein Litowitz Berger & Grossmann LLP, represents Plaintiffs Genesee County Employees' Retirement System, Kranot Hishtalmut Le Morim Tichoniim Havera Menahelet LTD, Kranot Hishtalmut Le Morim Ve Gananot Havera Menahelet LTD, and Hachshara Insurance Company Ltd. ("Plaintiffs") in the above referenced matter.

We write on behalf of all parties, pursuant to Magistrate Judge Espinosa's April 20, 2026 Order (ECF No. 97), to inform the Court that yesterday the parties reached an agreement in principle to settle the action. The settlement in principle is subject to the execution of definitive settlement documents, and Plaintiffs anticipate submitting an unopposed motion for preliminary approval within 30 days.

In light of the parties' agreement in principle, the parties ask the Court to continue to hold the current case schedule in abeyance, pending the disposition of Plaintiffs' forthcoming motion for preliminary approval.

The parties thank the Court for its continuing attention to this matter.

**CARELLA, BYRNE, CECCHI, BRODY & AGNELLO, P.C. \ ATTORNEYS AT LAW**
**5 BECKER FARM ROAD \ ROSELAND, NJ  07068 \ 973-994-1700 \ FAX 973-994-1744**
**www.carellabyrne.com**

April 29, 2026
Page  2

Respectfully submitted,

CARELLA, BYRNE, CECCHI
BRODY & AGNELLO

*/s/ James E. Cecchi*
James E. Cecchi


cc:      All Counsel of Record (*via ECF*)